# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALAN BRAID, M.D., <br><br> Interpleader Plaintiff, <br><br> v. <br><br> OSCAR STILLEY; FELIPE N. GOMEZ; WOLFGANG P. HIRCZY DE MINO, PH.D., AKA TEXAS HEARTBEAT PROJECT, <br><br> Interpleader Defendants. | Case No: 21-cv-05283 <br><br> Judge Jorge L. Alonso |

## NOTICE OF PRESENTMENT

PLEASE TAKE NOTICE that on October 13, 2021 at 9:30 a.m., or as soon thereafter as the Court is available, Interpleader Plaintiff Alan Braid, M.D. shall appear before the Honorable Judge Jorge L. Alonso in Courtroom 1903 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present *Interpleader Plaintiff's Motion for Leave to Deposit Interpleader Funds*, which has been served on all parties as listed on the attached certificate of service.

Dated: October 6, 2021

Respectfully submitted,

/s/ Suyash Agrawal
Suyash Agrawal
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, Illinois 60602
(312) 283-1590
sagrawal@masseygail.com

*Counsel for Interpleader Plaintiff
Alan Braid, M.D.*

1

**CERTIFICATE OF SERVICE**

I, Suyash Agrawal, certify that on October 6, 2021, I caused a copy of the foregoing Notice of Presentment to be served pursuant to Federal Rule of Civil Procedure 5(b) via U.S. mail and by email on the below listed parties:

Oscar Stilley (oscarstilley@gmail.com)
10600 N Highway 59
Cedarville, AR 72932-9246

Felipe N. Gomez (fgomez9592@gmail.com)
1922 W. Belmont Ave., 1F
Chicago, IL 60657

Wolfgang P. Hirczy de Mino (wphdmphd@gmail.com)
2038 ½ Lexington St.
Houston, TX 77098

/s/ Suyash Agrawal