IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALAN BRAID, M.D., <br><br> Interpleader Plaintiff, <br><br> v. <br><br> OSCAR STILLEY; FELIPE N. GOMEZ; WOLFGANG P. HIRCZY DE MINO, PH.D., AKA TEXAS HEARTBEAT PROJECT, <br><br> Interpleader Defendants. | Case No: 1:21-cv-05283 |

### ORDER GRANTING INTERPLEADER PLAINTIFF'S MOTION FOR LEAVE TO DEPOSIT INTERPLEADER FUNDS

This matter coming before the Court on Interpleader Plaintiff Alan Braid, M.D.'s ("Dr. Braid") motion for leave to deposit interpleader funds pursuant to Federal Rule of Civil Procedure 67 and Local Rule 67.1, the Court orders that the motion is GRANTED as follows:

Dr. Braid is authorized to deposit $10,000 via cashier's check, which shall be delivered together with a copy of this Order to the Clerk of Court. The Clerk will deposit this interpleader money deposited pursuant to 28 U.S.C. § 1335 in the Court Registry Investment System ("CRIS") Disputed Ownership Fund pursuant to General Order 16-0017.

Dated: October 15, 2021

By: _____
Jorge L. Alonso
United States District Judge