

**FILED**
10/21/2021 SH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE U.S. FEDERAL DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| BRAID | 21-cv-5283 |
|---|---|
| v | Honorable Judge Jorge Alonso |
| STILLEY et al | |

## GOMEZ MOTION TO EXPEDITE MOTION FOR JUDICIAL NOTICE [14], [18] AND MOTION TO DISMISS [15]

NOW COMES PRO SE DEFENDANT GOMEZ, Felipe Gomez, plaintiff in the first S.B. 8 suit, *Gomez v Braid 21CI 19920, Bexar Co., Texas et al*, and respectfully moves this Court to expedite granting of his Motion for Judicial Notice [15], including taking Judicial Notice of the 10.11.21 Third Amended Complaint in that matter [18], and to expedite hearing/granting of the Motion to Dismiss [15], which granting would divest this Court of Interpleader Jurisdiction as that is tied solely to Gomez's Illinois residency. Thus, expediting briefing/granting of the Motion to Dismiss [15] could lead to the expedited disposal of the entire action.

**WHEREFORE, MOVANT** requests his Motions [14, 18] and [15] be granted (after briefing if so ordered), and that Gomez be dismissed forthwith.

**Submitted By: s/Felipe N. Gomez, Pro Se     10.21.21**

## **CERTIFICATE OF SERVICE**

I hereby certify that on 10.21.21 a true and correct copy of the foregoing Motion to Expedite has been served by the emailing it to the Clerk, and by the Clerk's filing of it with the Clerk of the Court via the CM/ECF system, which generates a notice of filing to all those appearing.

/s/ _Felipe N. Gomez 10.21.21_____

**Felipe Gomez, Pro Se**
**PO Box 669**
**Forest Park, IL 60148**
**312.509.2071**
**fgomez9592@gmail.com**