IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BRAID, Plaintiff,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | No.: 1:21-cv-5283 |
| | ) | |
| **STILLEY, GOMEZ, DEMINO** | ) | "Interpleader" |
| **Defendants.** | ) | |

**DEFENDANT F. GOMEZ STATUS REPORT ON SETTLEMENT ATTEMPTS AND NOTICE OF INTENT TO ORALLY SEEK 28 USC 1292(b) FINDING BY THE COURT AS TO NOTICE [4]**

NOW COMES UNDERSIGNED PRO SE DEFENDANT GOMEZ, and Reports as to settlement attempts and the status of this matter:

1. **Settlement/Scheduling**: Gomez has made several outreaches to current and prospective parties, in attempt to explore "settlement" and if not, to coordinate scheduling and obtain what agreed orders as can be gotten, and to date has not received any substantive, if any, responses, other than from Defendant Stilley, and with whom undersigned has significant differences as to approach and the Movant's perceived need for appeal, instanter, and thus "settlement" is not an option and this point.

2. **Authority for Interlocutory Appeal - 28 USC 1292(b) and 28 USC 1651**: In response to Defendant Stilley's informal questioning of the timing of appeal and authority of Gomez to engender that, Gomez points to and notifies he intends to orally move the Court on 11.30.21, as an oral modification to the current motion for FRCP 5.1 Certification [29] (which requests the leave to appeal without citation to support), to allow same, per 28 USC 1292(b), 28 USC 1651, and FRCP 21 (which latter appears to subsume both 28 USC 1292(b) and 28 USC 1651 orders).

   Subsequently, assuming the oral motion is denied, Gomez intends to file the requisite 28 USC 1292(b) motion directed at that order and the Notice [4], seeking immediate

certification of the noticed Questions in [4] as well as a stay here, similar to what Mr. Bezos sought in another matter here in the ND ILL. *See Lindbarth v Google, 16cv2714/2870 [67]*.

3. Gomez's invitation to the current and future parties to a preliminary/scheduling conference remains extant.

By: *s/ Felipe Gomez, PRO SE*   Date: 11.29.21

Felipe Gomez
fgomez9592@gmail.com
Chicago, IL 60657
312.509.2071

NOTICE AND CERTIFICATE OF FILING AND SERVICE

I, FELIPE GOMEZ, PRO SE, HEREBY NOTIFY AND CERTIFY THAT I FILED THE FOREGOING STATUS REPORT WITH THE CLERK OF THE COURT THROUGH THE CMF/EC SYSTEM, AND SERVED A COPY TO PLAINTIFF S' COUNSEL BY WAY OF THE E-FILING SYSTEM, ON THIS DATE, AS WELL AS EMAILED A COPY TO CO-DEFENDANTS BY SAME SYSTEM.

CERTIFIED BY: S/ *FLIPE GOMEZ,*   DATE: **11.29.21**

FELIPE GOMEZ PRO SE
1922 W. BELMONT AVE 1F
CHICAGO IL 60657
312.509.2071
T312.509.2071@GMAIL.COM