**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Alan Braid

                     Plaintiff,

v.                                                Case No.: 1:21−cv−05283
                                                 Honorable Jorge L. Alonso

Oscar Stilley, et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 8, 2021:

      MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. For the reasons stated on the record, Interpleader Plaintiff's Dr. Braid's motion for leave to serve Dr. Wolfgang P. Hirczy de Mino with substituted service [38] is granted. Interpleader Plaintiff Dr. Braid's shall serve Defendant by substitute service in five days from entry of this order. Defendant's Gomez's FRE/FRCP 12(f) motion to strike immaterial non−record emails (Peaslee Declaration Exhibits A−E) and related text at pages 8−9 of response [40] to motion to dismiss, and for sanctions [42] is denied. Defendant Gomez's motion and argument in support of reconsideration of [35], for immediate dismissal sua sponte, for grant of immediate permissive joinder of USA and Texas, or for 28 USC1292(b) finding [43] is taken under advisement. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.