FILED
12/9/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRAID, Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 1:21-cv-5283 |
| | ) | |
| STILLEY, GOMEZ, DEMINO | ) | "Interpleader" |
| Defendants. | ) | |

**DEFENDANT GOMEZ'S MOTION TO DISMISS DUE TO DISMISSAL OF 21CI19920**

NOW COMES, venue-fixing Interpleader Defendant FELIPE GOMEZ and hereby notifies on 12.8.21 he dismissed *Gomez v Braid, 21CI19920, Bexar Co., Tx.*, (Attachment A - File Stamped Non-Suit), per Texas Rule of Civil Procedure 162, which mirrors the FRCP 42, making the notice of dismissal the operative document, MOVES for his immediate dismissal, and states accordingly:

1. TRCP 162 states in relevant part:

    "At any time before the plaintiff has introduced all of his evidence other than rebuttal evidence, the plaintiff may dismiss a case, or take a non-suit, which shall be entered in the minutes. Notice of the dismissal or non-suit shall be served in accordance with Rule 21a on any party who has answered or has been served with process without necessity of court order."

2. TCRP 306a states in relevant part:

    "3. Notice of judgment. When the final judgment or other appealable order is signed, the clerk of the court shall immediately give notice to the parties or their attorneys of record by first-class mail advising that the judgment or order was signed. "

3. Soon after Gomez voluntarily appeared, being surprised and not at all pleased the Braid even went to the WAPO to get sued, and instead of appearing in Texas, knee jerk and duplicitously filed 21cv5283, zero notice to Gomez, Braid's lawyers, specifically Agrawal and Hess, actively attempted to convince Gomez that 21cv5283 was Braid's "best defense", and tried to get Gomez to be a straw defendant, which Gomez refused.

4. Thereafter, Gomez attempted numerous times to try to engage Briad and his cadre of lawyers as to the fact that none of the complaints in 21CI1992 claimed the $10,000, and that Gomez had even filed an Affidavit [27], expressly disavowing any claim to the $10,000, and that an interpleader cannot be used to attack a state statute where the state is not even named (42 USC 1983 is the correct vehicle), but Braid's lawyer's refused to communicate.

5. In fact, in open Court on 12.8.21, after violating Gomez's trust that his communications were confidential, by publishing only select emails in it's Response [40] to the motion to dismiss [15], in attempt to allegedly somehow establish interpleader jurisdiction, Braid attorney Anne Swift openly bragged to Judge Alonso that Plaintiff had refused to engage in any communications with Gomez.

6. Braid's lawyers bases their attempt to use this Court, and USCA7, to avoid direct suit against Texas (which would move for immediate removal to Texas), on alleged "fear" that Gomez is claiming the $10,000, continuing to represent that to the Court even after the Affidavit was filed, and this Court bought it, allowing the immaterial emails where jurisdiction was already lacking, and where the emails don't to jack to help Braid on this irresponsible waste of taxpayer money and time, as well as now defamatory lawsuit.

7. On 12.8.21, Gomez sent the Plaintiff the following:

    "Per one of the honorable traditions still practiced in 219, under its current operations, I notify of the substance of the upcoming motion to dismiss, to be filed once the file stamped Notice is received from Bexar Co., which if you are familiar with the Texas rules which follow the FRCP for the most part, the Notice is self-implementing, and is not subject to the Texas Judge refusing to dismiss.

    The soon-to-be filed Motion and the decision to dismiss in Texas is based on:

    1. The Court and Parties ignore the wording of the Third Amended Complaint, which was careful to not claim the $10,000, but rather sounded in equity first, which did not make any claim on Dr. Braid, nor present the "threat" that Plaintiff claims as interpleader jurisdiction. The presentation of what is in black and white text to the Judge here is inexcusable, as is the court not reading the complaint for itself and determining if the

complaint presented any "threat".

2. The Court and Parties ignore my Affidavit disavowing any claim [27].

3. The Court indicated today it would rule against Defendant as to the motion to dismiss, given the Court appears to feels emails somehow present a threat that will support and allow an interpleader, and assumedly has already done its get-keeping and feels the complaint as drafted also constitutes the Article III controversy required for a case, perion, let alone interpleader. That make as reply, here, superfluous (albeit not waived and reserved for a lawsuit or other legal action), and I am quite busy.

4. To wit, I have the 12-1344 Reply Brief Due 12.15.21 to USCA7, which takes precedence over the reply here, I just filed 21cv6486 against Lori and the Welcome City Act and that aligns WITH Texas, on a matter of National Security, of which this matter and 21CI19920, are not.

5. I have several state matters pending, as well as a large mail fraud case involving the plaintiff and attorneys in 19cv3833 being filed as I write in USDC SDCAL, involving several prominent "pillars" of our financial and legal society,

6. I tried to work with Plaintiff, but was personally attacked instead, in an effort to prop up an interpleader as bogus as the ones I am appealing, and where the threat pleaded at the time the complaint was filed is at issue, short of the amendment Plaintiff refused to do (I wonder, not idly, if that decision, to include a portion of my emails, was unanimous..).

7. SCOTUS has essentially pre-ruled, and is 99% likely to change Roe, and 21CI19920 is based largely on Roe as currently pleaded and SB8 reads. Relatedly, if SCOTUS upholds Miss., SB8 will be illegal, so it looks like there is no need to press on at this point (albeit of SB8 is amended, the option to refile is there, and the fact the dismissal is without prejudice, is not enough to sustain 21cv5283, emails or not, and if the Court here disagrees, this will be going to USCA7, but not as to Roe.

Should anyone object, I ask you object to my motion when filed.

I look forward to not being a defendant here, and not pursuing Dr., Braid in Texas as to SB8 as written and given SCOTUS pre-call on Roe. I also look forward to appealing any attempt by the Court to continue this matter to SCOTUS, which is unlikely to agree with Dr. Braid on, well, anything,

Tx. Gomez."

8. On 12.8.21, Gomez dismissed 21CI19920. *Attachment A - Notice of Dismissal and Printout from Texas Dct showing case is dismissed.*

WHEREFORE, Gomez having no case in Texas, and having no claim against Braid

and the complaint here [1] being mooted by the dismissal of 21CI19920 (which ostensibly is what Braid wanted, right?) Gomez MOVES that this Court dismiss Gomez from the matter, *INSTANTER*, and if not, set the motion for briefing, with a warning Gomez will seek sanctions from USCA7 as to Braid if he attempts to continue this matter.

Submitted By: s/ *Felipe Gomez*, *Pro Se*     Date: **12.9.21**

FELIPE GOMEZ
1922 W. BELMONT AVE 1F
CHICAGO IL 60657
312.509.2071
T312.509.2071@GMAIL.COM

## CERTIFICATE OF FILING AND SERVICE

The undersigned, certifies that he filed this Motion in the above case by the Drop Box for filing into the ECF system, and that all counsel of record in all cases were served by the ECF system.

Certified By: s/ *Felipe Gomez*  Date: 12.09.21

FELIPE GOMEZ
1922 W. BELMONT AVE 1F
CHICAGO IL 60657
312.509.2071
T312.509.2071@GMAIL.COM

**ATTACHMENT A**

**PROOF OF FILING AND
COPY OF NOTICE OF 12.8.21 NON-SUIT
Gomez v Baird, 21CI19920**

FILED
12/8/2021 11:22 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Barbara Segovia
Bexar County - 224th District Court

Case: 1:21-cv-05283 Document #: 46 Filed: 12/09/21 Page 6 of 9 PageID #:509

NOTICE - THIS DOCUMENT CONTAINS SENSITIVE DATA

**Cause Number** 21CI19920

*Print court information exactly as it appears on your Petition.*

| Felipe Gomez | In the: *(check one)*: |
|---|---|
| v. | Court Number ___ [x] District Court |
| | [ ] County Court at Law |
| | [ ] Justice Court (JP) |
| Alan Braid, et al. | Bexar County, Texas |

## Notice of Nonsuit without Prejudice As to All Defendants

My name is **Felipe N Gomez**.
*Print your first, middle and last name.*
I am the Petitioner/Plaintiff in this case.

I am filing this Notice of Nonsuit without Prejudice because I no longer can or will prosecute this case against the Respondent/Defendant_Alan Baird, or any other listed defendant or interpleader defendant, at this time, because Dr. Braid sued Gomez in 21cv5283 instead of participating here, and Gomez is forced to dismiss in Texas to not be a Defendant in a bogus Interpleader, when Texas Judges are as competent as any other, and best suited, to deciding whether Gomez's lawsuit was valid.

The Respondent/Defendant has not filed any pleadings seeking affirmative relief. Service has not issued, no party has appeared.

Respectfully submitted,

▶ s/ Felipe N Gomez                    12.8.21
*Your Signature*                        *Date*

Felipe N Gomez                          ( 312 ) 509-2071
*Your Printed Name*                     *Phone*

1922 W Belmont Ave Chicago IL 60657
*Mailing Address*                       *City*        *State*   *Zip*

fgomez9592@gmail.com
*Email Address*                         *Fax Number (if available)*

## Certificate of Service

I certify that on this date a true copy of this *Notice of Nonsuit without Prejudice* was sent to each party who has answered or been served. If a party is represented by an attorney this *Notice of Nonsuit without Prejudice* was sent to the party's attorney. I further certify that this *Notice of Nonsuit without Prejudice* was sent: *(Check one.)*

[x] through the Electronic File Manager.
[ ] by Certified Mail, Return Receipt Requested.
[ ] by Fax, to Fax # (_____) _____-_____.
[ ] by Hand Delivery.

▶ s Felipe N Gomez                     12.8.21
*Your Signature*                        *Date*

PR-Non1-408 *Notice of Nonsuit without Prejudice* (Rev. 12-2016)                    Page 1 of 1
© TexasLawHelp.org, *Texas Rules of Civil Procedure, Rule 162*

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 59822330
Status as of 12/9/2021 10:34 AM CST

Associated Case Party: WolfgangP.Hirczy de Mino

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Wolfgang PHirczy de Mino | | wphdmphd@gmail.com | 12/8/2021 11:22:09 AM | SENT |

Associated Case Party: FelipeNGomez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Felipe NGomez | | fgomez9592@gmail.com | 12/8/2021 11:22:09 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Wolfgang P.Hirczy de Mino | | wphdmphd@gmail.com | 12/8/2021 11:22:09 AM | SENT |

Associated Case Party: Oscar Stilley

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| o stilley | | oscarstilley@gmail.com | 12/8/2021 11:22:09 AM | SENT |

Associated Case Party: ALAN BRAID MD

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Anne Swift | | aswift@masseygail.com | 12/8/2021 11:22:09 AM | SENT |
| Anne Swift | | aswift@masseygail.com | 12/8/2021 11:22:09 AM | SENT |

## 224th District Court

## Case Summary

### Case No. 2021CI19920

| | | |
|---|---|---|
| **Felipe N Gomez VS Alan Braid ET AL** | § § § | Location: **224th District Court**<br>Judicial Officer: **224th, District Court**<br>Filed on: **09/20/2021** |

### Case Information

Case Type: **OTHER CIVIL CASES**
Case Status: **12/08/2021   Disposed**

**Statistical Closures**
12/08/2021   CASE CLOSED DISMISSED BY PLAINTIFF (OCA)

### Assignment Information

**Current Case Assignment**
Case Number     2021CI19920
Court           224th District Court
Date Assigned   09/20/2021
Judicial Officer  224th, District Court

### Party Information

*Lead Attorneys*

| | | |
|---|---|---|
| **Plaintiff** | **Gomez, Felipe N** | Pro Se |
| **Defendant** | **Braid, Alan** | |
| | **BRAID MD, ALAN** | |
| | **De Mino, Wolfgang** | |
| | **De Mino, Wolfgang** | |
| | **Hirczy De Mino Phd, Wolfgang P** | |
| | **Planned Parenthood** | |
| | **Planned Parenthood** | |
| | **Planned Parenthood South Austin** | |
| | **Roe II, Jane** | |
| | **Roe II, Jane** | |
| | **Roe II, Jane** | |
| | **Stilley, Oscar** | |
| | **Stilley, Oscar** | |
| | **Stilley, Oscar** | |

| | |
|---|---|
| | The State of Texas |
| | The State of Texas |
| | The State of Texas |
| | United States of America |
| | United States of America |
| | United States of America |
| | Whole Women's Heatlh |

## Events and Orders of the Court

| | |
|---|---|
| 09/20/2021 | New Cases Filed (OCA) |
| 09/20/2021 | PETITION |
| 09/20/2021 | STATEMENT OF INABILITY TO AFFORD PAYMENT OF COURT COSTS |
| 09/20/2021 | CIVIL CASE INFORMATION SHEET |
| 09/21/2021 | EMAILED REQUEST/RECORDING DEPT FROM<br>    *ALLYSA TELLEZ FROM KENS 5 RE: ALL DOCUMENTS* |
| 09/21/2021 | EMAILED COPY OF:<br>    *ALL DOCUMENTS TO ALLYSA TELLEZ FROM KENS 5* |
| 09/21/2021 | MOTION TO<br>    *ADD TEXAS AS INTERPLEADER DEFENDANT TRCP 39* |
| 09/23/2021 | MOTION TO<br>    *ADD USA AS INTERPLEADER PLAINTIFF OR DEFENDANT* |
| 09/23/2021 | FIRST AMENDED<br>    *COMPLAINT* |
| 10/04/2021 | FAX TRANSMITTAL<br>    *FROM THE OFFICE OF THE ATTORNEY GENERAL RE: ALL DOCUMENTS* |
| 10/06/2021 | SECOND AMENDED<br>    *COMPLAINT* |
| 10/11/2021 | THIRD AMENDED PETITION |
| 10/11/2021 | PLEA<br>    *TO THE JURISDICTION BY PROPOSED THIRD PARTY [PURPORTED INTERPLEADER PARTY] AS AMICUS CURIAE* |

10/12/2021
MOTION TO
    *FIND WAIVER OF TRCP 120A SPECIAL APPEARANCE TO TREAT MOTUON AS A GENERAL APPEARANCE AND TO STRIKE PURPORTED TRCP 120A MOTION AND REQUIRE RESPONSE TO COMPLAINT*

| | |
|---|---|
| 10/26/2021 | LETTER TO DISTRICT CLERK<br>    *FR: MARK WHEELIS\*\*reply letter mail out 10/26/21* |
| 12/08/2021 | NOTICE OF ORDER POSTCARD RULE 306A |
| 12/08/2021 | NONSUIT<br>    *Gomez Notice of Non-Suit Without Prejudice* |