FILED
12/20/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRAID, Plaintiff, | ) |
| | ) |
| v. | ) No.: 1:21-cv-5283 |
| | ) |
| STILLEY, GOMEZ, DEMINO | ) "Interpleader" |
| Defendants. | ) |

# DEFENDANT GOMEZ'S MOTION TO TREAT "STATEMENT" [48] AS RESPONSE TO MOTION TO DISMISS [46] AND ALLOW REPLY

NOW COMES, venue-fixing Interpleader Defendant FELIPE GOMEZ and, MOVES to treat the "Statement" [48] as a Response to the Motion to Dismiss [46], and if the Court refuses to dismiss Instanter, that Gomez be granted 14 days to reply to [48].

Submitted By: s/ *Felipe Gomez,, Pro Se*    Date: **12.20.21**

FELIPE GOMEZ
1922 W. BELMONT AVE 1F
CHICAGO IL 60657
312.509.2071
T312.509.2071@GMAIL.COM

# CERTIFICATE OF FILING AND SERVICE

The undersigned, certifies that he filed this Motion in the above case by the Drop Box for filing into the ECF system, and that all counsel of record in all cases were served by the ECF system.

Certified By: s/ *Felipe Gomez* Date: **12.20.21**

FELIPE GOMEZ
1922 W. BELMONT AVE 1F
CHICAGO IL 60657
312.509.2071
T312.509.2071@GMAIL.COM

# ATTACHMENT A

## PROOF OF FILING AND
## COPY OF NOTICE OF 12.8.21 NON-SUIT
## Gomez v Baird, 21CI19920