

**FILED 12/21/2021 JF THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT**

**IN THE U.S. FEDERAL DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRAID<br><br>v<br><br>STILLEY et al | 21-cv-5283<br><br>Honorable Judge Jorge Alonso |

**GOMEZ EXHIBIT IN SUPPORT OF MOTION TO DISMISS [46] AND REPLY TO STILLEY "STATEMENT"/RESPONSE [48]**

NOW COMES PRO SE DEFENDANT GOMEZ, Felipe Gomez, plaintiff in the first S.B. 8 suit, *Gomez v Braid 21CI 19920, Bexar Co., Texas et al*, and hereby files his amended Notice of Dismissal of that matter, WITH PREJUDICE, ending Gomez's forced involvement here (where fake "fraidy cat" Braid should have defended, and respected Texas jurists and Courts, instead of violating Gomez's rights by bringing a totally baseless interpleader in the wrong state not even naming Braid's true opponent).

The fact that the Court even contemplated allowing an interpleader to proceed without the venue fixing defendant, on the record, will be mentioned to USCA7 next week and at oral argument in an example of how he floors below in 219 are allowing, selectively, abuse of the interpleader, either intentionally or due to inadequate experience/knowledge as to the intricacies of jurisdiction and what constitutes proper versus improper interpleader: No interpleader can be maintained if no defendant resides in the jurisdictional boundaries of the Court, thus Gomez dismissal of the State case ends the federal matter by operation of law, period.

As in cases where a Court thinks it has jurisdiction when it does not, Gomez will be proceeding as if he is dismissed by operation of (non-219) law, and challenges this Court to try to proceed with, whom will challenge any attempt by the Court or Plaintiff to retain Gomez,

including including immediate appeal, now that the last straw mis-represented Braid grasps, by way of his non-textual self-serving interpretation interpleader abusing lawyers, is gone.

**Submitted By: s/Felipe N. Gomez, Pro Se    12.21.21**

### CERTIFICATE OF SERVICE

I hereby certify that on 12.21.21 a true and correct copy of the foregoing Notice has been served by the emailing it to the Clerk, and by the Clerk's filing of it with the Clerk of the Court via the CM/ECF system, which generates a notice of filing to all those appearing.

/s/ _Felipe N. Gomez 12.21.21_____

Felipe Gomez, Pro Se
PO Box 669
Forest Park, IL 60148
312.509.2071
fgomez9592@gmail.com

EXHIBIT

FILED
12/20/2021 9:36 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Barbara Segovia
Bexar County - 224th District Court

NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA

**Cause Number** 21CI19920

*Print court information exactly as it appears on your Petition.*

Felipe Gomez

v

Alan Braid, et al.

In the: *(check one)*:

21CI19920
*Court Number*

[x] District Court
[ ] County Court at Law
[ ] Justice Court (JP)

Bexar County, Texas

## AMENDED Notice of Nonsuit, Amending to Dismiss WITH Prejudice As to All Defendants

My name is Felipe N Gomez.
*Print your first, middle and last name.*

I am the Petitioner/Plaintiff in this case. I am filing this Amended Notice of Nonsuit WITH PREJUDICE because Dr. Braid and Judge Alonso in 21cv5283 continue to attempt to sue Gomez, despite there being no filed litigation as of 12.9.21, that litigation being allowed to continue as to Gomez, despite the fact that despite Braid's complaining as to "ruinous" litigation, he has spent ZERO dollars in this case, and in fact is expending max fees in attempting pretending to avoid what does not exist, and is forcing Gomez to be a defendant for political purposes. I no longer can or will prosecute this case against the Respondent/Defendant_Alan Baird, or any other listed defendant, ever, given the duplicity of Braid et al. Service has not issued, no party has appeared.

Respectfully submitted,

s/ Felipe N Gomez
*Your Signature*

Felipe N Gomez
*Your Printed Name*

1922 W Belmont Ave Chicago IL 60657
*Mailing Address*           *City*      *State*   *Zip*

fgomez9592@gmail.com
*Email Address*

12.20.21
*Date*

(312) 509-2071
*Phone*

*Fax Number (if available)*

## Certificate of Service

I certify that on this date a true copy of this *Notice of Nonsuit without Prejudice* was sent to each party who has answered or been served. If a party is represented by an attorney this *Notice of Nonsuit without Prejudice* was sent to the party's attorney. I further certify that this *Notice of Nonsuit without Prejudice* was sent: *(Check one.)*

[x] through the Electronic File Manager.
[ ] by Certified Mail, Return Receipt Requested.
[ ] by Fax, to Fax # (_____) _____-_____.
[ ] by Hand Delivery.

s Felipe N Gomez
*Your Signature*

12.20.21
*Date*

PR-Non1-408 *Notice of Nonsuit without Prejudice* (Rev. 12-2016)
© TexasLawHelp.org, *Texas Rules of Civil Procedure, Rule 162*

Page 1 of 1

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 60168130
Status as of 12/20/2021 3:42 PM CST

Associated Case Party: FelipeNGomez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Felipe NGomez | | fgomez9592@gmail.com | 12/20/2021 9:36:42 AM | SENT |

Associated Case Party: WolfgangP.Hirczy de Mino

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Wolfgang PHirczy de Mino | | wphdmphd@gmail.com | 12/20/2021 9:36:42 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Wolfgang P.Hirczy de Mino | | wphdmphd@gmail.com | 12/20/2021 9:36:42 AM | SENT |

Associated Case Party: Oscar Stilley

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| o stilley | | oscarstilley@gmail.com | 12/20/2021 9:36:42 AM | SENT |

Associated Case Party: ALAN BRAID MD

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Anne Swift | | aswift@masseygail.com | 12/20/2021 9:36:42 AM | SENT |
| Anne Swift | | aswift@masseygail.com | 12/20/2021 9:36:42 AM | SENT |