# Exhibit A

FILED
12/30/2021 12:17 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Luis Herrera
Bexar County - 224th District Court

# 2021CI19920

| | | | |
|---|---|---|---|
| **FELIPE N. GOMEZ,** | § | | IN THE DISTRICT COURT |
| *Plaintiff,* | § | | |
| | § | | |
| | § | | |
| | § | | OF BEXAR COUNTY |
| v. | § | | |
| | § | | |
| **ALAN BRAID,** | § | | |
| *Defendant, et al* | § | | **224TH DISTRICT** |

## RESPONSE IN OPPOSITION TO PLAINTIFF'S SECOND NOTICE OF NONSUIT

Comes now Wolfgang P. Hirczy de Mino ("WPHDM"), one of the named defendants, and would respectfully re-assert that Plaintiff, Felipe N. Gomez, did not have standing when he filed this suit on September 20, 2021, and that the jurisdictional defect is apparent on the face of his pleading.

Gomez subsequently amended his original petition (improperly denominated "Complaint") to add numerous parties, including the United States of America and the State of Texas, as well as the undersigned in an ill-advised effort to move litigation over the constitutionality of SB8 in the U.S. District Court for the Western District of Texas to state court.

Gomez later filed a notice of nonsuit **without prejudice** as to all defendants, which resulted in this case being dismissed and closed on **December 8, 2021**.



Less than two weeks later, however, on **December 20, 2021**, Gomez purported to have filed a superseding notice of nonsuit through which he claims to have obtained a dismissal **with**

1

**prejudice**. The docket labels this filing as "Amended Notice of Dismissal, DISMISSING WITH PREJUDICE." The actual document is based on a pro-se form and is titled "AMENDED Notice of Nonsuit, Amending to Dismiss WITH Prejudice As to All Defendants." See image of top portion of the filing below:

> FILED
> 12/20/2021 9:36 AM
> Mary Angie Garcia
> Bexar County District Clerk
> Accepted By: Barbara Segovia
> Bexar County - 224th District Court
>
> NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA
>
> Cause Number 21CI19920
> Print court information exactly as it appears on your Petition.
>
> Felipe Gomez
>
> 21CI19920
> Court Number
>
> v.
>
> Alan Braid, et al.
>
> In the: (check one):
> [X] District Court
> [ ] County Court at Law
> [ ] Justice Court (JP)
>
> Bexar County, Texas
>
> **AMENDED Notice of Nonsuit, Amending to Dismiss WITH Prejudice As to All Defendants**
>
> My name is Felipe N Gomez
> Print your first, middle and last name.
>
> I am the Petitioner/Plaintiff in this case. I am filing this Amended Notice of Nonsuit WITH PREJUDICE because Dr. Braid and Judge Alonso in 21cv5283 continue to attempt to sue Gomez, despite there being no filed litigation as of 12.9.21, that litigation being allowed to continue as to Gomez, despite the fact that despite Braid's complaining as to "ruinous" litigation, he has spent ZERO dollars in this case, and in fact is expending max fees in attempting pretending to avoid what does not exist, and is forcing Gomez to be a defendant for political purposes. I no longer can or will prosecute this case against the Respondent/Defendant Alan Baird, or any other listed defendant, ever, given the duplicity of Braid et al. Service has not issued, no party has appeared.
>
> Respectfully submitted,
> s/ Felipe N Gomez                       12.20.21
> Your Signature                           Date

Defendant WPHDM respectfully submits that Gomez cannot alter the character of the dismissal unilaterally; that Gomez would have to file a proper post-judgment motion to set aside the prior order of dismissal; and that the other parties in the case ought to be given notice of this motion since their rights and legal position may be affected.

Whether or not the dismissal in this case is **with or without prejudice** is potentially material to a parallel proceeding currently pending in federal court in the Northern District of Illinois, as further detailed by the document attached to this filing as **Exhibit A.** Gomez relies on a purported dismissal with prejudice here to support his litigation position in the federal interpleader action involving some of the same parties and the same or similar claims.

Respectfully submitted,

/s/ *Wolfgang P. Hirczy de Miño*
_____
WOLFGANG P. HIRCZY DE MINO, PhD
P.O. BOX 521

2

Bellaire, TX 77402-0521
Email: whdmphd@gmail.com

### CERTFICATE OF SERVICE

I hereby certify that I am serving the Plaintiff, Felipe N. Gomez, through the email address on file for him with the Texas eFile system, simultaneoulsy with submission of this filing to the clerk on December 30, 2021, at ca ____ Central Standard Time. See automated certificate of service for any additional contacts on file for this case, including unserved parties.

*/s/ Wolfgang P. Hirczy de Miño*

WOLFGANG P. HIRCZY DE MINO, PHD

### NOTA BENE

### STATUS OF FEDERAL SB8 ANTI-SUIT INJUNCTION: STAYED

<u>TO THE DEPUTY CLERK</u>:

Please be advised that the federal injunction affecting state-court SB8 actions imposed by U.S. District Judge Robert Pitman is currently under stay by the Fifth Circuit. *See United States v. Texas*, No. 21-50949 (5th Cir. October 14, 2021) (per curiam). *Also see Whole Woman's Health v. Jackson*, 13 F.4th 434 (5th Cir. Sept. 10, 2021), and *Whole Woman's Health v. Jackson*, No. 21A24, 141 S. Ct. 2494 (Sept. 1, 2021).

The U.S. Supreme Court declined to intervene in the pending Fifth Circuit appeal by withdrawing pre-judgment writ of certiorari as improvidently granted in connection with its decision in *Whole Women's Health v. Jackson*. *See United States v. Texas*, No. 21-588, U. S. ____ (Dec. 10, 2021), and No. 21-463, 595 U. S. ____ (Dec. 10, 2021), respectively.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 60329912
Status as of 12/30/2021 2:11 PM CST

Associated Case Party: FelipeNGomez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Felipe NGomez | | fgomez9592@gmail.com | 12/30/2021 12:17:06 PM | SENT |

Associated Case Party: WolfgangPHirczy De Mino Phd

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Wolfgang PHirczy de Mino, PhD | | wphdmphd@gmail.com | 12/30/2021 12:17:06 PM | SENT |

Associated Case Party: WolfgangP.Hirczy de Mino

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Wolfgang PHirczy de Mino | | wphdmphd@gmail.com | 12/30/2021 12:17:06 PM | SENT |

Associated Case Party: Oscar Stilley

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| o stilley | | oscarstilley@gmail.com | 12/30/2021 12:17:06 PM | SENT |

Associated Case Party: ALAN BRAID MD

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Suyash Agrawal | | sagrawal@masseygail.com | 12/30/2021 12:17:06 PM | SENT |
| Anne Swift | | aswift@masseygail.com | 12/30/2021 12:17:06 PM | SENT |
| Anne Swift | | aswift@masseygail.com | 12/30/2021 12:17:06 PM | SENT |

Case Contacts

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 60329912
Status as of 12/30/2021 2:11 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Wolfgang P.Hirczy de Mino | | wphdmphd@gmail.com | 12/30/2021 12:17:06 PM | SENT |