IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALAN BRAID, M.D., <br><br> Interpleader Plaintiff, <br><br> v. <br><br> OSCAR STILLEY; FELIPE N. GOMEZ; WOLFGANG P. HIRCZY DE MINO, PH.D., AKA TEXAS HEARTBEAT PROJECT, <br><br> Interpleader Defendants. | Case No: 21-cv-05283 <br><br> Judge Jorge L. Alonso |

## **INTERPLEADER PLAINTIFF ALAN BRAID, M.D.'S MOTION FOR SUMMARY JUDGMENT**

Interpleader Plaintiff Alan Braid, M.D. moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 seeking summary judgment on his request for interpleader relief and a declaratory judgment that Dr. Braid is not liable to Interpleader Defendants for the $10,000 minimum statutory damages established by Tex. Health & Safety Code §§ 171.201 *et seq.* ("S.B. 8") nor liable to Interpleader Defendants for any under relief under that statute by virtue of the fact that S.B. 8 violates the United States Constitution.

This motion is based upon the accompanying memorandum and supporting exhibits, as well as any oral arguments of counsel.

Dated: February 17, 2022

Respectfully submitted,

*/s/ Katherine Peaslee*

| | | |
|---|---|---|
| Suyash Agrawal | Marc Hearron* | Neal S. Manne** |
| Alethea Anne Swift | CENTER FOR | Mary Kathryn Sammons** |
| MASSEY & GAIL LLP | REPRODUCTIVE RIGHTS | Abigail C. Noebels* |

1

| | | |
|---|---|---|
| 50 E. Washington Street<br>Suite 400<br>Chicago, Illinois 60602<br>(312) 283-1590<br>sagrawal@masseygail.com<br>aswift@masseygail.com | 1634 Eye St., NW<br>Suite 600<br>Washington, DC 20006<br>(202) 524-5539<br>mhearron@reprorights.org<br><br>Molly Duane*<br>CENTER FOR REPRODUCTIVE RIGHTS<br>199 Water Street<br>22nd Floor<br>New York, NY 10038<br>(917) 637-3631<br>mduane@reprorights.org | Katherine Peaslee*<br>Richard W. Hess*<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana<br>Suite 5100<br>Houston, TX 77002<br>(713) 653-7827<br>nmanne@susmangodfrey.com<br>ksammons@susmangodfrey.com<br>anoebels@susmangodfrey.com<br>kpeaslee@susmangodfrey.com<br>rhess@susmangodfrey.com<br><br>Shannon Rose Selden*<br>Meredith E. Stewart*<br>Ebony Ray*<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Ave.<br>New York, NY 10022<br>(212) 909-6000<br>srselden@debevoise.com<br>mestewart@debevoise.com<br>eray@debevoise.com |

*Counsel for Interpleader Plaintiff Alan Braid, M.D.*

\*Appearing *pro hac vice*
\*\* *Pro hac vice* forthcoming

**Certificate of Service**

I certify that on February 17, 2022, a true and correct copy of this document was served in accordance with the local rules on *pro se* parties and counsel of record who have appeared via electronic filing, and on Interpleader Defendant Wolfgang P. Hirczy De Mino via email in accordance with the Court's prior order.

*/s/ Katherine Peaslee*