# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALAN BRAID, M.D., <br><br> Interpleader Plaintiff, <br><br> v. <br><br> OSCAR STILLEY; FELIPE N. GOMEZ; WOLFGANG P. HIRCZY DE MINO, PH.D., AKA TEXAS HEARTBEAT PROJECT, <br><br> Interpleader Defendants. | Case No: 1:21-cv-05283 <br><br> Hon. Jorge L. Alonso |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on February 25, 2022, at 9:30 am CT or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Jorge L. Alonso or any judge sitting in his or her stead in Courtroom 1903 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present Interpleader Plaintiff Dr. Braid's Motion for Summary Judgment. According to Judge Alonso's standing order, "[n]oticed motions will initially appear on the calendar as in-person hearings, but will be changed to phone conferences by subsequent minute order."

Dated: February 17, 2022

By: */s/ Katherine Peaslee*

| | | |
|---|---|---|
| Suyash Agrawal <br> Alethea Anne Swift <br> MASSEY & GAIL LLP <br> 50 E. Washington Street <br> Suite 400 <br> Chicago, Illinois 60602 <br> (312) 283-1590 <br> sagrawal@masseygail.com <br> aswift@masseygail.com | Marc Hearron* <br> CENTER FOR <br> REPRODUCTIVE RIGHTS <br> 1634 Eye St., NW <br> Suite 600 <br> Washington, DC 20006 <br> (202) 524-5539 <br> mhearron@reprorights.org <br><br> Molly Duane* | Neal S. Manne** <br> Mary Kathryn Sammons** <br> Abigail C. Noebels* <br> Katherine Peaslee* <br> Richard W. Hess* <br> SUSMAN GODFREY L.L.P. <br> 1000 Louisiana <br> Suite 5100 <br> Houston, TX 77002 <br> (713) 653-7827 |

1

| | |
|---|---|
| CENTER FOR REPRODUCTIVE RIGHTS<br>199 Water Street<br>22nd Floor<br>New York, NY 10038<br>(917) 637-3631<br>mduane@reprorights.org | nmanne@susmangodfrey.com<br>ksammons@susmangodfrey.com<br>anoebels@susmangodfrey.com<br>kpeaslee@susmangodfrey.com<br>rhess@susmangodfrey.com<br><br>Shannon Rose Selden*<br>Meredith E. Stewart*<br>Ebony Ray*<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Ave.<br>New York, NY 10022<br>(212) 909-6000<br>srselden@debevoise.com<br>mestewart@debevoise.com<br>eray@debevoise.com |

*Counsel for Interpleader Plaintiff Alan Braid, M.D.*

\*Appearing *pro hac vice*
\*\* *Pro hac vice* forthcoming

**CERTIFICATE OF SERVICE**

I certify that on February 17, 2022, a true and correct copy of this document was served on *pro se* parties and counsel of record who have appeared via electronic filing. A copy of this document was additionally served on Interpleader Defendant Wolfgang P. Hirczy de Mino via email per the Court's prior order.

                                                                                    */s/ Katherine Peaslee*