IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRAID<br><br>v<br><br>STILLEY<br>GOMEZ<br>DEMINO | Case No.   21cv5283<br><br>Honorable Judge Jorge Alonso<br><br>28 USC 1335 "Interpleader" |

**DEFENDANT GOMEZ NOTICE OF FILING**
of Motion to Add Texas, Stay or FRAP 42 in
USCA7 Appeal 22-1248

Now Comes GOMEZ, and attaches a file stamped copy of the extant Appellate Motion in Appeal USCA7 22-1248 responding to the USCA7 request for a jurisdictional memorandum and docketing statement etc, for the Record and notice to this Court.

Submitted By: *s/ Felipe Gomez,*    Dated: **2.22.22**

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on 2.22.22 the foregoing Notice of Filing, and ttached Motion was filed with the Clerk of Court for the United States District Court N.D. Illinois, by the Temporary Drop Box for CM/ECF system, and all appearing parties were served with notice hereof thereby.

Respectfully submitted on 2.22.22
*s/ Felipe Nery Gomez*
Felipe Gomez, Pro Se

FELIPE GOMEZ, PRO SE
1922 W. BELMONT
CHICAGO IL 60657
312.509.2071
T312.509.2071@GMAIL.COM

1

**ATTACHMENT**

**Gomez Motion for 28 USC 1651 Writ, Stay or FRAP 42**

No. 21-1248

No. 21-1236

---

# In the
# United States Court of Appeals
## for the Seventh Circuit

---

**ALAN BRAID M.D.**

Plaintiff-Appellee

v.

**FELIPE NERY GOMEZ**

Defendant-Appellant

21cv5283

_____

Appeal from the United States District Court

for the Northern District of Illinois, Eastern Division, No. 21cv5283

The Honorable Judge Jorge L Alonsor, Judge Presiding.

_____

**APPELLANT'S MOTION FOR 28 USC 1651 ORDER OF MANDAMUS TO FORCE TEXAS TO BE JOINED TO RESPOND TO MOTION FOR SUMMARY JUDGEMENT [75], OR FOR STAY, OR FOR VOLUNTARY FRAP 42 DISMISSAL WITHOUT PREJUDICE, WITH LEAVE TO REINSTATE IF GOMEZ IS NOT DISMISSED NUNC PRO TUNC BELOW**

Felipe Gomez, Pro Se
1922 W. Belmont Ave 1f
Chicago, IL 60657
312.509.2071
t312.509.2071@gmail.com
August 23, 2021

22-1248
22–1236

# APPELLANT'S MOTION FOR ORDER OF MANDAMUS TO FORCE TEXAS TO BE JOINED TO RESPOND TO MOTION FOR SUMMARY JUDGEMENT [75], OR FOR STAY, OR FOR VOLUNTARY FRAP 42 DISMISSAL WITHOUT PREJUDICE, WITH LEAVE TO REINSTATE IF GOMEZ IS NOT DISMISSED NUNC PRO TUNC BELOW

Defendant-Appellant Felipe N. Gomez ("Gomez"), hereby respectfully references this Court's Orders [2], in the duplicate appeals here, and submits this Motion instead of the Docketing Statement required by [1] in both appeals, requesting that the Appellate Court either:

1) Order that the trial court obey FRCP 19, per the FRCP 5.1 certification [4] granted at [35], but where the trial court denied the FRCp 19 motion to join [30], and order that Texas be joined as the Motion for Summary Judgment is directed at Texas in the manner of 42 USC 1983 [75]; or

2) stay and maintain this Appeal in its docket, given that there is almost certainly going to be an appeal by the "loser" here, and a 100% certainty Appellant Gomez will exhaust all avenues to be dismissed from the case below (including moving the Supreme Court as needed if this Court will not do so, for a writ to enforce FRCP 19 and force His Honor to add Texas (See FRCP 19 Motion at [30], which the Plaintiff's complaint [1] and motion for summary judgement [75] are directed at, and where Gomez cannot answer for Texas as to S.B.8's patent illegality, and there is already an approved FRCP 5 certification on file. *See Notice [4], Motion [29], Order granting [35],* or

3) In the last alternative, Gomez seeks FRAP 42 dismissal without

2

prejudice, with leave to reinstate if Gomez is subjected to any judgment instead of being dismissed Nunc Pro Tunc.

## DISCUSSION

As to jurisdiction, Gomez, Pro Se, and dispensing with a long memorandum, asserts that every Appellate Court has intermediary supervisory authority, including the mandate to assure that proceedings below recognize that the word "shall" is not optional when it appears in a rule that applies to a trial court, and that a Court may not allow a trial court to violate the rules once notified of ignorance thereof. *McNabb v United States, 318 U.S. 340 (1943); 28 USC 1651.*

Here, a facial audit of the docket below shows that this matter has languished, with Plaintiff failing to default DeMino, and submitting a dispositive motion [75] without the party to be directly affected, Texas, present to respond to same, and where fees are sought from Gomez, instead of the party that authored the illegal law. The unfairness is patent, as is the fact that any order issued by His Honor as to the status of S.B. 8 will be ineffective to bind or affect Texas, whom is not before the Court for reasons beyond the understanding of Pre Se Appellant Gomez.

## RELIEF REQUESTED

For the foregoing reasons, undersigned Appellant respectfully requests that this Court 1) Order per 28 USC 1651 that Texas be joined below and be given opportunity to respond to the motion for summary judgement [75]; or 2) grant a stay of the appeal pending joinder and hearing of the MSJ, or 3) enter a FRAP 42 order without prejudice and with leave to reinstate to challenge the several alleged incorrect interlocutory orders and/or the judgement threatened by the trail court despite the lack of any jurisdiction over Gomez.

Respectfully submitted on 2.22.22 By:*s/ Felipe Nery Gomez*

Felipe Nery Gomez, Pro Se

3

## CERTIFICATE OF SERVICE

  I hereby certify that on 2.22.22, an electronic copy of the foregoing Motion/Response to [1], and was filed with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit using the appellate CM/ECF system, and service will be accomplished on all parties by the appellate CM/ECF system.

Respectfully submitted on 2.22.22

*s/ Felipe Nery Gomez*

Felipe Gomez, Pro Se