UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
Eastern Division

Alan Braid
                              Plaintiff,
v.                                                    Case No.: 1:21−cv−05283
                                                      Honorable Jorge L. Alonso
Oscar Stilley, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 24, 2022:

MINUTE entry before the Honorable Jorge L. Alonso: Intervenor−defendant Felipe Gomez's motion for judicial notice [79] is granted in part and denied in part. The Court takes judicial notice of the Fourth Court of Appeals' (in San Antonio, Texas) order in case no. 04−22−0017−CV dated February 16, 2022. The Court otherwise denies the motion and keeps in place the briefing schedule previously set by the Court to show cause why judgment should not be entered that, based on res judicata, Gomez is not entitled to the statutory damages award under Texas Senate Bill 8 relating to the abortion procedure performed by Alan Braid, M.D. on September 6, 2021. See [68]. The Court sets the following briefing schedule with respect to intervenor−plaintiff's motion for summary judgment: intervenor−defendants' responses due on or before March 28, 2022; any reply is due on or before April 11, 2022. Motion hearing date of 2/25/22 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.