IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS



| BRAID | 21-cv-5283 |
|---|---|
| v | Honorable Judge Jorge L. Alonso |
| STILLEY, GOMEZ et al | |

**AGREED MOTION TO RESET [68] AND COMBINE BRIEFING SCHEDULES [68, 81] AND GOMEZ MOTION TO SET BRIEFING ON MOTION TO STRIKE [84].**

**NOW COMES DEFENDANT GOMEZ**, with the only Co-Defendant Stilley and Dr. Braid (through Counsel Peaslee) not objecting, and respectfully MOVES this Court to reset the briefing on [68], Gomez having conflated the 3.7.22 due date there for the 3.28.22 due date set by [81] for response to the MSJ [75], and Gomez on 3.4.11 filing his Local Rule 56.1(b)(3)(A)and (B) counter [87] to Braid's FRCP LR56.1(a)(2) statement, and Gomez forgetting in advancing years to circulate a schedule as to his Motion to Strike [84] as to Dr. Braid's Affidavit [75-3], seeks and suggests as follows:

A.  **Reset of Briefing Relating to 02/15/2022 Show Cause Order [68]**

1. Intervenor-Defendant Gomez deadline of **March 7, 2022** is extended to **March 21, 2022**, to file his brief as to why judgement should not be entered against him.
2. Any other interested party is granted until **March 28, 2022** to file a response brief on this issue.
3. Gomez is granted until **April 11, 2022** to file any reply.

B  **Current Briefing of Motion for Summary Judgement [75], Order of 02/24/2022 [81]**

1 . Defendants' responses due on or before **March 28, 2022;**
2. Any reply is due on or before **April 11, 2022.**

C.  **Briefing as to Motion to Strike Braid Affidavit [84]**

1. Responses to Motion to Strike due on of before March 28, 2022
2. Gomez Reply due on or before April 11, 2022

**WHEREFORE,** Gomez, with concurrence of the other appearing parties as to A and B above, nd briefing of a motion not being at the option of the parties, and assuming the Court will allow briefing of [84], prays the above schedule, or substantially similar, be set.

By: *s/ Felipe Gomez, PRO SE*   Date: 3.14.22

Felipe Gomez
fgomez9592@gmail.com
Chicago, IL 60657
312.509.2071

### NOTICE AND CERTIFICATE OF FILING AND SERVICE

I, FELIPE GOMEZ, PRO SE, HEREBY NOTIFY AND CERTIFY THAT I FILED THE FOREGOING MOTION WITH THE CLERK OF THE COURT THROUGH THE TEMPORARY FILING EMAIL PRO SE DROP BOX FOR ENTRY INTO THE CMF/EC SYSTEM, AND SERVED A COPY TO PLAINTIFF S' COUNSEL AND DEFENDANT STILLEY BY WAY OF THE E-FILING SYSTEM, ON THIS DATE,

CERTIFIED BY: S/ *FLIPE GOMEZ,*   DATE: **3.14.22**

FELIPE GOMEZ PRO SE
1922 W. BELMONT AVE 1F
CHICAGO IL 60657
312.509.2071
T312.509.2071@GMAIL.COM