**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

ALAN BRAID, M.D.,

                Interpleader Plaintiff,

     v.

OSCAR STILLEY; FELIPE N. GOMEZ;
WOLFGANG P. HIRCZY DE MINO, PH.D.,
AKA TEXAS HEARTBEAT PROJECT,

                Interpleader Defendants.

Case No: 1:21-cv-05283

Hon. Jorge L. Alonso

## **INTERPLEADER PLAINTIFF DR. BRAID'S NOTICE OF NON-RESPONSE**

Interpleader Plaintiff Dr. Alan Braid ("Dr. Braid"), by and through his attorneys, hereby submits this Notice of Non-Response and states:

1.     On February 15, 2022, this Court denied various of Interpleader Defendant Felipe N. Gomez's motions (Dkt. nos. 15, 20, 27, 43, 46, and 49), but granted the parties leave to file supplemental briefs to show cause why judgment should not be entered that Gomez is not entitled to the statutory damages award under Texas Senate Bill 8 relating to the abortion procedure performed by Alan Braid, M.D. on September 6, 2021. Dkt. 68 (the "Show Cause Order"). The Court granted Mr. Gomez until March 7, 2022, to file his brief. *Id.*

2.     On February 17, 2022, Dr. Braid filed his motion for summary judgment. Dkt. 75.

3.     On February 19, 2022, Mr. Gomez filed a motion for "judicial notice of honorable Texas court of appeals February 16, 2022, order finding that Gomez sought only declaratory not monetary relief at the time of filing of 21cv5283, and that Gomez v Braid, 21CI19920, is extinguished." Dkt. 79. On February 24, the Court granted in part and denied in part Mr. Gomez's motion for judicial notice, keeping "in place the briefing schedule previously set by the Court" on

the Show Cause Order. Dkt. 81. The Court also set a briefing schedule on Dr. Braid's motion for summary judgment. *See id.*

4.      On March 14, 2022—a week after the March 7 deadline for Mr. Gomez to respond to the Show Cause Order—Mr. Gomez filed an "Agreed Motion to Reset [68] and Combine Briefing Schedules [68, 81] and Gomez Motion to Set Briefing on Motion to Strike [84]." Dkt. 91 (the "Agreed Motion").

5.      Notwithstanding this Court's clear directive on the Northern District of Illinois' website that it has "**reinstated the requirement that all motions must be noticed in accordance with Local Rule 5.3(b), despite suspension of that Rule by General Order 21-0027,**"[1] Mr. Gomez failed to set his Agreed Motion, Dkt. 91, for presentment.

6.      For the avoidance of doubt, Dr. Braid does not object to the amended briefing schedule proposed in Mr. Gomez's Agreed Motion. But if Mr. Gomez is going to seek relief from this Court that will affect other parties, he should comply with the Court's presentment requirements so that his motions are timely and properly brought to the Court's attention for consideration. This is not the first time he has failed to do so.

7.      As of today, Friday, March 18, Mr. Gomez has not responded to the Court's Show Cause Order, and the Court has not changed the briefing deadlines that it set on February 15 (and reaffirmed on February 24) on its Show Cause Order.

8.      Under the current, operative schedule, the Court granted Dr. Braid until Monday, March 21, 2022, to submit a brief on the Show Cause Order. Dkt. 68 ("Any other interested party is granted until March 21, 2022 to file a brief on this issue.").

---

[1] https://www.ilnd.uscourts.gov/judge-info.aspx?S0uCBbTweddt1zbS7EyORA== (emphasis in original).

9. To the extent the Court does not grant Mr. Gomez's Agreed Motion, Dr. Braid maintains that Mr. Gomez has no entitlement to any relief for all of the reasons Dr. Braid set forth in his pending motion for summary judgment.

Dated: March 18, 2022            Respectfully submitted,

           ALAN BRAID, M.D.

By:   */s/ Suyash Agrawal*        
       One of His Attorneys

Suyash Agrawal
Alethea Anne Swift
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, Illinois 60602
(312) 283-1590
sagrawal@masseygail.com
aswift@masseygail.com

Neal S. Manne**
Mary Kathryn Sammons**
Abigail C. Noebels*
Katherine Peaslee*
Richard W. Hess*
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
(713) 653-7827
nmanne@susmangodfrey.com
ksammons@susmangodfrey.com
anoebels@susmangodfrey.com
kpeaslee@susmangodfrey.com
rhess@susmangodfrey.com

Marc Hearron*
CENTER FOR REPRODUCTIVE RIGHTS
1634 Eye St., NW, Suite 600
Washington, DC 20006
(202) 524-5539
mhearron@reprorights.org

Molly Duane*
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3631
mduane@reprorights.org

Shannon Rose Selden*
Meredith E. Stewart*
Ebony Ray*
DEBEVOISE & PLIMPTON LLP
919 Third Ave.
New York, NY 10022
(212) 909-6000
srselden@debevoise.com
mestewart@debevoise.com
eray@debevoise.com

*Appearing *pro hac vice*
** *Pro hac vice* forthcoming

## **CERTIFICATE OF SERVICE**

I certify that on March 18, 2022, a true and correct copy of this document was served on Wolfgang P. Hirczy de Mino via email wphdmphd@gmail.com, an email address from which he has corresponded with Dr. Braid's counsel in this case.

/s/ *Suyash Agrawal*