IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALAN BRAID, MD | PLAINTIFF/ COUNTERCLAIM DEFENDANT |
| v. | Case No. 1:21-cv-05283 |
| OSCAR STILLEY; | INTERPLEADER DEFENDANT COUNTERCLAIM PLAINTIFF |
| FELIPE N. GOMEZ; WOLFGANG P. HIRCZY DE MINO, PH.D., AKA "TEXAS HEARTBEAT PROJECT | INTERPLEADER DEFENDANTS |

**INTERPLEADER DEFENDANT OSCAR STILLEY'S VERIFIED RESPONSE TO DR. BRAID'S STATEMENT OF MATERIAL FACTS, AND ADDITIONAL MATERIAL FACTS**

Comes now Interpleader Defendant and Counterclaim Plaintiff Oscar Stilley, (Stilley) and for his response to Interpleader Plaintiff Alan Braid M.D.'s statement of material facts, and statement of additional material facts, and states:

**RESPONSE TO DR. BRAID'S CLAIMED MATERIAL FACTS**

1.  Stilley admits paragraph 1, concerning the meaning of the medical term "viability."

2.  Stilley admits paragraph 2, concerning the time of "viability" in human pregnancies.

3.  Stilley admits paragraph 3, concerning the delusional ideas emanating from the Statehouse in Austin, Texas, about heartbeats.

4.  Stilley admits paragraph 4, concerning the Texas Legislature's abysmal, *studied* ignorance of medical facts and terminology concerning heartbeats.

1

5. Stilley admits paragraph 5, concerning the near total abortion ban effectuated by Texas S.B.8.

6. Stilley admits paragraph 6, concerning certain "crafty" Texas attorneys, who hate the 1st Amendment right of peaceful petition, as well as the 5th and 14th Amendment right of due process, etc., with a perfect hate.

7. Stilley admits paragraph 7, concerning Texas Senator Bryan Hughes' bold pronouncements about his plan to avoid the fate of other heartbeat bills.

8. Stilley admits paragraph 8, concerning ruinous liability and risk to medical licenses.

9. Stilley admits paragraph 9, to the extent that women in Texas have been forced to travel, expend unnecessary time and money, and suffer other undue burdens, due to the *in terrorem* effect of S.B.8.

10. Stilley admits paragraph 10, concerning the undue and unfair burden on clinics in neighboring states.

11. Stilley denies paragraph 11, concerning the allegation that health care providers have been unable to lawfully provide abortions after 6 weeks of pregnancy. S.B.8 is patently unconstitutional. Such an enactment is no law at all. S.B.8 deserves the universal hatred, scorn, opposition, and defiance of all who know about it. Stilley admits that persons needing abortions have been unable to obtain them in the State of Texas, since the effective date of S.B.8.

12. Stilley admits paragraph 12, concerning the medical qualifications of Dr. Braid.

13. Stilley admits paragraph 13, concerning the fact that Dr. Braid has provided reproductive health care since 1978.

14. Stilley admits paragraph 14, concerning the abortion Dr. Braid provided, in open and honorable defiance of that legal nullity known as Texas S.B.8.

15. Stilley admits paragraph 15, concerning the masterpiece Dr. Braid wrote for the Washington Post.

16. Stilley admits paragraph 16, concerning the multiple lawsuits arising out of this single abortion.

17. Stilley admits paragraph 17, concerning the 2 day period of a federal court injunction. Stilley honored the injunction for the entire 2 day period.

18. Stilley admits paragraph 18. (Paragraphs 18-25 deal with early litigation seeking injunctive relief against S.B.8.)

19. Stilley admits paragraph 19.

20. Stilley admits paragraph 20.

21. Stilley admits paragraph 21.

22. Stilley admits paragraph 22.

23. Stilley admits paragraph 23.

24. Stilley admits paragraph 24.

25. Stilley admits paragraph 25.

26. Stilley admits paragraph 26, concerning Stilley's suit against Braid. Stilley sought both the "minimum" $10,000, and also the sum of $100,000, same exceeding

the amount required for diversity jurisdiction in the event of any effort to remove to federal court.

27. Stilley admits paragraph 27, concerning Wolfgang P. Hirczy de Mino's lawsuit.

28. Stilley admits paragraph 28, concerning the lawsuit of Felipe N. Gomez.

**STILLEY'S ADDITIONAL MATERIAL FACTS NOT SUBJECT TO REASONABLE DISPUTE**

1. S.B.8 is based upon nothing but fear of persons such as Stilley.

2. Dr. Wolfgang P. Hirczy de Mino has neglected and failed to enter an appearance in this litigation. Furthermore he has recently dismissed his Texas state court lawsuit against Braid.

3. Mr. Gomez has dismissed his state court litigation against Dr. Braid, initially without prejudice, but has later at least attempted to convert the dismissal to one "with prejudice."

4. The masterminds of S.B.8 created said legislative enactment as an assault upon the very foundations of western civilization.

5. S.B.8 still has a "fig leaf" of legal force *solely* because it was carefully crafted to deny those injured by its pernicious effects from 1) the ability to effectively and reasonably peacefully petition for redress of injuries inflicted by S.B.8, and 2) the ability to get due process, as defined by decisions of courts of both the United States and the several states including Texas.

6. Stilley has suffered greatly by a similar scam practiced upon him, for more than a decade.

7. Stilley has been kept in prison solely by a scam whereby he too was denied his 1st Amendment rights of peaceful petition, as well as his rights of due process.

8. Stilley has invested a massive amount of time and effort toward attempting to get the due process and peaceful petition rights, to which even his enemies admit he is due.

9. Stilley is by the very words of his adversaries an innocent man, not guilty of any of the alleged crimes for which he is now deprived of his liberty.

10. Partly because Stilley was denied these rights, with such devastating consequences, Stilley is hostile to the deprivation of the right of peaceful petition or due process to anyone else, even those with whom Stilley probably or certainly disagrees.

11. Stilley has spent a massive amount of time and energy trying to help others, mostly prison inmates, vindicate their rights to peaceful petition and due process.

12. Texas legislators to this very day engage in gratuitous, altogether unnecessary and counterproductive cruelty and abuse against the very persons they claim to "help," by S.B.8.

13. Texas legislators and those who empower them make a complete mockery of the very "authorities" upon which they rely, for the promulgation of S.B.8.

14. Texas legislators and those who empower them cruelly abuse the fatherless and those with inferior or defective genetics, well in excess of any reasons justifiable by their own economic interests.

15. Stilley is willing to help ameliorate the harshness of prison, without any additional cost to taxpayers, if Texas authorities grant him opportunity so to do.

16. Stilley is able and willing to judiciously exercise those very few powers in S.B.8, that aren't contradictory to the US and/or Texas constitutions.

17. Stilley on Monday, March 28, 2022 sent the sum of $104.24 to Texas Equal Access Fund. This is the amount of monthly royalties Stilley last received from Amazon, for his book "Busting the Feds: How to Effectively Defend Yourself Against Federal Criminal Charges."

18. Stilley donated this money specifically to help someone get an abortion *forbidden* by S.B.8, but *protected* by the US Constitution.

## VERIFICATION

Oscar Stilley by his signature below, pursuant to 28 USC 1746 declares under penalty of perjury that the foregoing additional statements of material fact are true and correct.

Respectfully submitted.

By: /s/ Oscar Stilley                                   March 28, 2022
Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 cell phone
479.401.2615 fax
oscarstilley@gmail.com

## CERTIFICATE OF SERVICE

Oscar Stilley by his signature above certifies that on the date stated above he filed and served this pleading via CM/ECF, and that all parties entitled to service will be served electronically. Stilley also will serve Wolfgang P. Hirczy de Mino, Ph.D., with a filemarked copy via email at wphdmphd@gmail.com, promptly upon receiving the filemarked version of the document.