IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| ALAN BRAID, M.D.,<br><br>               Interpleader Plaintiff,<br><br>v.<br><br>OSCAR STILLEY; FELIPE N. GOMEZ; WOLFGANG P. HIRCZY DE MINO, PH.D., AKA TEXAS HEARTBEAT PROJECT,<br><br>               Interpleader Defendants. | Case No: 1:21-cv-05283 |

**PLAINTIFF ALAN BRAID M.D.'S REPLY MEMORANDUM
IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

Plaintiff Alan Braid M.D. respectfully submits this short Reply in support of his Motion for Summary Judgment ("Motion").

There are three interpleader defendants. Two have responded to Dr. Braid's Motion.

Defendant Felipe N. Gomez filed a Local Rule 56.1(b)(2) Response to Dr. Braid's L.R. 56.1(a)(2) Statement of Material Facts. *See* ECF No. 87. Defendant Gomez has not filed a supporting memorandum of law in opposition to the Motion.

Defendant Oscar Stilley filed a Local Rule 56.1(b)(2) Response and a supporting memorandum of law. *See* ECF No. 94 & 95.

Defendant Wolfgang P. Hirczy de Miño, a.k.a "Texas Heartbeat Project," has been served with process, ECF No. 45, and the Motion. He has not filed a response to the Motion or filed any other papers in this matter. He is aware of the Motion. He requested copies of the motion papers from Dr. Braid's counsel, who of course provided them.

The Texas Attorney General, pursuant to the applicable federal statute and Rule 5.1(b), has been repeatedly notified, including by this Court, of the pendency of this constitutional challenge to Texas Senate Bill 8. *See* ECF No. 4 & 35. Texas has not appeared or filed any response.

This Reply addresses the contrary arguments from Defendants Gomez and Stilley.

A. <u>Gomez Did Not File a Memorandum Opposing Summary Judgment and His Material Facts Response Does Not Create a Genuine Dispute</u>

Interpleader Defendant Gomez did not submit a brief in opposition to Dr. Braid's Motion. Defendant Gomez did file a response to Dr. Braid's Material Fact Statement, but Gomez's responses do not create a material fact sufficient to deny summary judgment.

Despite his failure to file a memorandum of law pursuant to L.R. 56.1(b)(1), Gomez appears to oppose Dr. Braid's Motion. Gomez's Material Fact Statement Response asserts that summary judgment "is clearly not appropriate for a hotly contested issue of fact now being litigated in several forum," ECF No. 87 ¶ 2; and that Dr. Braid cannot demonstrate "harm" and that this "bar[s]" summary judgment. ECF No. 87 ¶ 8. Gomez also says that "the fact that other actions exist with the same disputes" likewise bars summary judgment "as a matter of record by plaintiff's own admission." *Id.* ¶ 18. Dr. Braid addresses each of these three contentions.

The "hotly contested" fact issue to which Gomez refers is the definition of "viability." Defendant Gomez does not support his opposition with any citation and thus does not controvert the sworn affidavit of Dr. Braid, a board-certified OB/GYN and licensed physician.

Gomez states without support that Dr. Braid cannot assert third party "harm" in this constitutional challenge. Gomez's position is contradicted by decades of Supreme Court precedent, which Dr. Braid addressed in his Motion. *See* ECF No. 75 at 11 n.2.

Gomez claims that "other actions exist with the same disputes" and thus this Court cannot grant Dr. Braid's summary judgment motion. Gomez is wrong. This case is the only one in the

nation in which claimants under S.B. 8 (Gomez, Stilley and Hirczy de Miño) have attempted to enforce Texas's anti-abortion law against a provider, Dr. Braid. Other litigants (including Dr. Braid's clinic) have asserted that the law is unconstitutional in a pre-enforcement challenges, but rulings by the U.S. Court of Appeals for the Fifth Circuit and Supreme Court will preclude the merits of Section 3 of S.B. 8 from being reached in that challenge. *See* Dkt. 75-2 ¶¶ 18–25). Thus S.B 8 has remained in full effect since September 1, 2021, and other states are following Texas's lead.

B. <u>Stilley Does Not Defend S.B. 8's Constitutionality and Agrees With Dr. Braid's Material Fact Statement</u>

Defendant Oscar Stilley complied with this Court's Local Rules for parties opposing motions for summary judgment. *See* ECF No. 94–95. In his Memorandum of Law, Defendant Stilley does not defend the constitutionality of S.B. 8 except in one respect. Stilley identifies S.B. 8's severability clause as containing, memorably, "the tiniest sliver of validity." *See* Dkt. 94 at 17. Defendant Stilley describes there a discrete circumstance in which he asks that S.B. 8 be preserved. *See id.* Dr. Braid disagrees that any portion of S.B.8 is constitutionally valid. But if a portion were valid—it is not—the harm suffered by pregnant people in Texas since September 1, 2021, does not justify preserving the aspect Defendant Stilley identifies, or for the purpose for which he intends to use the law.

Defendant Stilley also filed a Local Rules-compliant Response to Dr. Braid's Material Fact Statement. That response admits each of the material facts contained in Dr. Braid's statement and adds an additional 18 paragraphs of additional material facts. ECF No. 95. No response or reply to those additional material facts is required and they do not affect Dr. Braid's entitlement to summary judgment.

Dated: April 11, 2022           Respectfully submitted,

                                           ALAN BRAID, M.D.

                                  By:  */s/ Suyash Agrawal*
                                            One of His Attorneys

Suyash Agrawal
Alethea Anne Swift
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, Illinois 60602
(312) 283-1590
sagrawal@masseygail.com
aswift@masseygail.com

Neal S. Manne**
Mary Kathryn Sammons**
Abigail C. Noebels*
Katherine Peaslee*
Richard W. Hess*
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
(713) 653-7827
nmanne@susmangodfrey.com
ksammons@susmangodfrey.com
anoebels@susmangodfrey.com
kpeaslee@susmangodfrey.com
rhess@susmangodfrey.com

Marc Hearron*
CENTER FOR REPRODUCTIVE RIGHTS
1634 Eye St., NW, Suite 600
Washington, DC 20006
(202) 524-5539
mhearron@reprorights.org

Molly Duane*
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3631
mduane@reprorights.org

Shannon Rose Selden*
Meredith E. Stewart*
Ebony Ray*
DEBEVOISE & PLIMPTON LLP
919 Third Ave.
New York, NY 10022
(212) 909-6000
srselden@debevoise.com
mestewart@debevoise.com
eray@debevoise.com

*Appearing *pro hac vice*
** *Pro hac vice* forthcoming

## CERTIFICATE OF SERVICE

I certify that on April 11, 2022, a true and correct copy of this document was served on Wolfgang P. Hirczy de Mino via email wphdmphd@gmail.com, an email address from which he has corresponded with Dr. Braid's counsel in this case.

/s/ Suyash Agrawal