United States District Court

NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION



FILED 4/25/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
AK

| | |
|---|---|
| ALAN BRAID, Plaintiff<br><br>v<br><br>OSCAR STILLEY, FELIPE GOMEZ, et al.<br>Defendants | Case No: 21 cv 5283<br><br><br>Hon. Judge Jorge L Alonso |

# GOMEZ THIRD MOTION TO DISMISS GOMEZ AND FOR OTHER RELATED RELIEF

**NOW COMES "INTERPLEADER" DEFENDANT GOMEZ and REQUESTS AND HEREBY MOVES** that: A) this Court take Notice of Gomez's Motion for FRE 201 Judicial Notice [97], of the fact that there is only one Defendant, and one suit, Oscar Stilley's, remaining today as to Braid because the other two cases are *finis*, of the fact that Braid deposited the $10,000 without recourse as to recovery, that Braid asked the Court to pick who to award the funds to *(See Complaint [1] at 23, Sec. V.b.)*, and B) recognize that Stilley is the sole remaining candidate for the $10,000, **AND WHEREFORE GOMEZ MOVES THAT**:

A. The Court default Demino and enter judgement against him for all costs and attorney fees incurred by Dr. Braid and Defendants;

B. The Court find that, because Demino and Gomez's state lawsuits are no more, only Stilley has a live suit, and award him the $10,000;

C. The Court sanction Plaintiff by having Demino deposit the fees and costs, to be awarded to a Women's Rights charity, not CRR or an affiliate, of winner Stilley's choice;

D. The Court dismiss Gomez WITH PREJUDICE, INSTANTER, NO JUDGMENT AGAINST HIM, to continue whatever it is doing, but without Gomez, whom has no claim or stake here.

Relief  Respectfully Requested By:     *s/Felipe Gomez, Pro Se*
Date: 4.25.22                                              Felipe Gomez

1

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

    Undersigned Felipe Gomez, Pro Se, hereby certifies that he personally filed the foregoing Motion to Dismiss, as well as this Certificate by way of the U.S. District Court for the Northen Illinois CM/ECF e-filing system, and that a full e-copy is e-mailed to the other parties of record by way of the CM/ECF system, on this date.

    CERTIFIED BY: *Felipe Gomez,Pro Se*
    Dated: 4.25.22

Felipe Gomez
PO Box 7139
Villa Park, IL 6181
312.509.2071
fgomez9592@gmail.com