IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALAN BRAID, MD                                                          PLAINTIFF/
                                                                                             COUNTERCLAIM DEFENDANT

v.                                   Case No. 1:21-cv-05283

OSCAR STILLEY;                                      INTERPLEADER DEFENDANT
                                                                                      COUNTERCLAIM PLAINTIFF
FELIPE N. GOMEZ;
WOLFGANG P. HIRCZY DE MINO, PH.D.,
AKA "TEXAS HEARTBEAT PROJECT         INTERPLEADER DEFENDANTS

**INTERPLEADER DEFENDANT OSCAR STILLEY'S NUANCED JOINDER
OF GOMEZ' MOTION FOR CONVEYANCE OF $10,000 TO STILLEY, ETC
[DOCKET #98, PARAGRAPH B]**

Comes now Interpleader Defendant and Counterclaim Plaintiff Oscar Stilley, (Stilley) and for his joinder in Docket # 98 states:

Stilley was electronically served with Docket #97, a request for judicial notice of various court orders, and Docket #98, a motion requesting amongst other things that Stilley receive the $10,000 posted with the clerk of the Court by Dr. Alan Braid, M.D. Upon due consideration Stilley concludes that Gomez has put himself just a whisker to the right side of that fine line between genius and insanity. Gomez is a genius!

Stilley is indeed the "last man standing." Stilley claims for himself the title of ***Texas Private Attorney General For The Prevention of Vice And The Promotion Of Virtue, As Defined By Texas SB8***. In the interest of saving trees, Stilley shortens this to ***Texas Private AG for SB8***. Stilley has, *instanter*, awarded Gomez the title of ***Texas Private AG for SB8, Chief Deputy***. He deserves it.

1

Stilley takes no position as to Gomez' request in paragraph A, that the Court default Wolfgang Hirczy P. de Mino, and enter judgment against him for all costs and attorney's fees of Dr. Braid. Dr. Braid has retained a dozen very fine attorneys. What Braid requests would in Stilley's judgment be the business of Braid +12.

As to paragraph C, Stilley isn't sure how the Court might effectively sanction the *Plaintiff* by ordering <u>de Mino</u>, who hasn't entered appearance, to deposit fees and costs, to be awarded to a charity of *Stilley's* choice? Should Stilley's choices be construed as punitive with respect to Braid? How exactly does this punish/sanction the *Plaintiff*? Presumably Braid would be glad that he was speedily awarded costs and fees. Perhaps then he would be sad that the money was just as speedily transferred to Stilley. But wouldn't that be a wash?

As to paragraph D, Stilley has no objection to the dismissal of Gomez. *Instanter*, posthaste, with all deliberate speed. All of those things.

Gomez submits no supporting brief and cites no authority[1] in support of his claims. However, he did supply Stilley with the case *Aaron v. Mahl*, 550 F.3d 659, (7th Cir. 2008). Stilley has reviewed this case. It suggests that an interpleader plaintiff must not have a claim to the interpleaded money. Stilley can't quite call the case "on all fours" for the proposition. Perhaps Plaintiff can help us on the law. Perhaps they could defend against this motion as vigorously as Stilley defended against their motion for summary judgment. Stilley has of course seized upon a *sliver*, which he intends to defend far more vigorously than the rest of SB8.

---

[1] Save perhaps in the incorporated or attached documents.

It has been said by them of old time: "If you have the facts on your side, pound the facts; if you have the law on your side, pound the law; if you have neither the facts nor the law, **pound the table**." Stilley fears he may be in "pound the table" territory. However, all is not lost.

Remember that Stilley called SB8 a "psych-op" as opposed to a law or a bona fide attempt to write a law? None of Stilley's bosses in Austin, Texas, said a peep about that. Apparently Stilley is still in their good graces despite his rhetoric.

Stilley finds himself in the position of sole adversary of Braid with an active civil complaint against him. Stilley has a lawsuit against Braid, in Bexar County, Texas. Stilley was advised by his allies to "put it on ice." Stilley didn't bother. Why put a case on ice when the whole world thinks it's a joke, with or without reading it? Who cares that their dog of a case might grow mold sooner rather than later?

Please now consider what the fine suits in the Texas legislature crafted, under the title "SB8." It was a psych-op, an attempt to intimidate others into giving up legal rights. These supposed "Oath Keepers" showed the whole world that they are shameless **Oath Breakers**. They have trampled and spit upon due process and peaceful petition, in furtherance of demonstrably false religious delusions.

Suppose now that Braid conveys the $10,000 to [TEAFund](TEAFund), or some similar organization? Suppose Braid +12 makes it clear that any other attack is going to bring the same result, with or without litigation and a prophylactic judgment. In case of litigation, the proponents of SB8 can be assured that someone will always beat them to the punch. Furthermore, a judgment, if any, will be used to help make

sure that any Texas woman, regardless of status or lack of same, will have access to exercise her ***choice*** with respect to her pregnancy, without undue influence.

Then you cram it down the throats of the crafters of SB8, about elbow deep. At the present time, they're delighted with SB8. SB8 has intimidated doctors, other medical personnel, etc. That's all they wanted in the first place. As soon as the defenders of fundamental rights prove that they aren't intimidated, the backers of SB8 have nothing left.

Some may say that this is no way to talk about a boss. Wrong! Stilley isn't getting in the way of one of the chief sports in the State of Texas, namely the "*Baby Hunting Game.*" In fact Stilley has a plan to improve the sport.

Some may question the existence of any such sport. Don't take Stilley's word for it. Prove it to yourself. Just go to my friend Google and start doing searches that indicate your interest in "unborn babies," abortion, etc. Google, who is almost omniscient, will quickly perceive your interests and start serving up ads & content related to the *Baby Hunting Game*.

You'll see ads about how your $20 donation will "save babies." However, all the babies they show you are what Stilley calls "trophy babies," or "$50,000 babies." They're just drop dead gorgeous, lively, amazing babies. When you see one, you'll just want to ask, "can I hold the baby?!" Please!!!

They never show pictures of the tragically defective babies that will languish for years and then die, upon whom they turn their backs, their hearts, and their wallets. They never show the babies who will be last picked for adoption – if they are ever picked. Those babies don't generate donations.

The Washington Post published a [story](#) about people who terminate pregnancies for medical reasons. It's called Termination For Medical Reasons (TMFR). Technically it's abortion, but that's really painful for people who've criticized others for the choices they made, when faced with a hard decision.

A couple nearby to Stilley's house has a baby that wasn't expected to live 10 years. That baby is over 30 years old. She can't feed herself, toilet herself, or even talk. They feed her with a tube. Let's call her "June Doe."

That gives Stilley PTSD, for this reason. Stilley's had a nasogastric tube down his nose 8 times. While on hunger strike, Stilley refused Ensure or other nutritious fluid periodically. Stilley's blood sugar would crash, sometimes into the twenties or thirties, once to a rather unsafe level of 19. The Department of Justice-Federal Bureau of Prisons (DOJ-FBOP) would put a tube down his nose and install some Ensure.

Stilley feared the trauma of having the nasogastric tube left in for an extended period of time. Stilley is very grateful that this was never done to him. They always had Stilley trussed up in handcuffs, belly chain, and leg shackles. Stilley would not have had means to resist – not that physical resistance was his style. The little girl who is now over 30 can't even tell her nurses how devastating it is to leave the nasogastric tube in her nose, or fail to lubricate the entire tube. *De facto* force feeding is the story of her life. She can't resist.

Stilley learned early on that most nurses would put a big gob of lubricant on the end of the tube. That will still bloody the tube, because the lube gets pushed off,

whereupon the coefficient of friction goes through the roof.  The tube tears delicate tissues, causing bleeding.  Remember that the next time you go on hunger strike.

Stilley figured out that if you explain the problem and ask nicely, the nurses will lube the full extent of the tube inserted into the nose.  Stilley never had blood when it was done this way, and it was far less traumatic.

Stilley of course tried to explain why he was acting in such an apparently obstreperous way.  He tried to negotiate.  If you want to see for yourself, Stilley has the videos of two force feedings.  Just ask Stilley for the video files.  The DOJ-FBOP had their reasons for not producing the rest of them, especially the one in which they deliberately did a harsh force feeding.  That one disappeared.

Why does that even matter?  It costs perhaps $500,000 per year to keep June Doe alive, for the duration of her objectively miserable existence.  Her parents are tormented by the question of why their darling baby suffers so horribly.  Her parents are told that coveting $15 million (and counting) from their neighbors is not optional.  They absolutely ***must*** do this, lest their little girl go to the splendors of heaven prematurely.

Stilley has been in federal custody for over 12 years, because he was perceived as an enemy of the bureaucratic apparatus that finances such follies.  The DOJ (mostly by and through its subsidiary the DOJ-FBOP) stomps out the litigating capacity of its victims.  That's how Stilley came to be deprived of the one direct appeal to which he was and still is plainly entitled.

Stilley filed his combination motion for certificate of appealability and [appeal brief](#) 4-15-2022, an auspicious date considering that Stilley's conviction was for the most utterly bogus and fraudulent tax charges imaginable.

Certainly Braid has the right to resist Stilley's attack. Perish the thought that Stilley would ask anything based on altruistic or eleemosynary impulses. Stilley didn't give TEAFund $104.24 based on altruistic impulses. Stilley gave TEAFund that sum of money because he thought the donation would give him more satisfaction than the next best use of the money.

Braid should feel free to invite Stilley to donate as much as he likes from his own labors – and nothing from his. Forced donations aren't really donations. The $10,000 on deposit with the clerk of the court is *Braid's* money. Braid owes no one an explanation for why he does what with it. In fact, Stilley expects Braid to oppose and defeat this idea, unless he thinks the Stilley's proposal is *the best and highest use of that $10,000.*

Forced love is worthless and counterproductive. Ditto for forced conversations, relationships, friendships, attention, and *parentage.*

The proponents of SB8 had a chance to learn this lesson 100 years ago, from Prohibition as well as the devastating ubiquity of the Volstead Act. Proponents preached flowery sermons about how the alcoholic would be delivered from his sad state. Less was said that this deliverance would come by force, at the barrel of a gun, without changing the thinking or the fundamental essence of the man.

Prohibition delivered the alcoholic to poisonous liquor that killed people, and permanently disabled or injured others. The United States [killed perhaps 10,000](#) of

its own subjects, with poison put into alcohol by force of law. Countless Americans were permanently blinded by poisons, intentionally provided or mandated by the United States government. They poisoned alcohol for the purpose of ameliorating social ills *by force and arms*. This is another example of "we had to destroy the village to save it."

Prohibition didn't *cut* alcoholism. In fact it *increased* alcoholism, by perhaps 300% according to insurance company records. Id. Plus, Prohibition drastically increased organized crime in many cities, including Chicago. The effects of pouring fuel on the fire of organized crime reverberate to this very day.

The same will almost certainly be true of the attempt to stamp out abortion, at the barrel of a gun. Consider the ill-advised effort to prohibit abortion after 15 weeks. Rich women will buy an airline ticket to a place that will allow the abortion. Poor women will be forced to decide, on inadequate information.

We can be sure that at least some of the time they will abort a fetus that they would have carried to term, if they'd had 3 or 4 more weeks to watch development and decide whether or not an abortion was appropriate. They can't afford a deformed baby that won't ever be productive. Thus the *[fools and blind](fools and blind)* who promulgate SB8 style laws get precisely the opposite of what they claim to want.

Those who refuse to learn from history are doomed to repeat it.

Why, pray tell, does this matter to Oscar Stilley? Why all this effort from one who displays a contemptuous disdain for $10,000 of "free money" presumed to motivate litigious attacks on those who provide necessary reproductive medical care?

Stilley on 4-23-2010 was escorted from a courtroom in handcuffs, to commence a 15 year prison sentence, which he is to this day serving, now on home confinement. Stilley experienced the soul-searing pain of leaving 7 year old and 9 year old biological daughters, without so much as an explanation or goodbye. Stilley knows the anguish of leaving two adopted children fatherless, for the second time in their lives.

Stilley had a choice to make. He could "eat, sleep, hate." If that would hurt his enemies, they would richly deserve it. But that wouldn't hurt them. It would serve only to corrode Stilley from the inside out.

Stilley chose to show kindness to the very people the backers of SB8 claim to love but most emphatically don't.

Consider the decision faced by the woman who needs a TFMR:

1) Get an abortion but call it a TFMR, because the choice is so painful;

2) Give birth to the baby, watch it suffer misery for days, weeks, or more, and then die;

3) Give birth and walk away, dumping the psychological burden on medical personnel, the economic burden on the taxpayers. However, a live born baby produces a corpse. Corpses must be explained. Corpses must be buried or cremated.

This decision is probably most painful for those who have been taught by the House of Baal to condemn and criticize those who have abortions. Abortions were unthinkable, until they faced the unthinkable in their own life.

Dr. Braid has doubtless saved taxpayers billions of dollars. When he aborts (pardon me, TFMRs) a defective fetus that would cost the taxpayers $15 million, he doesn't just save the taxpayers $15 million. Much of the time, that woman will produce a trophy baby thereafter, an absolutely adorable, intelligent, athletic baby with perhaps $3 million in expected lifetime earnings. The difference is $18 million, not $15 million.

Wait, wait! There's more. When the baby grows up, she will bring a trophy baby hope to a beaming grandmother. Her genetics are actually good, generally speaking. The $18 million is just the start. The woman's difficult decision will pay dividends to society from generation to generation, *through the ages*.

Not so for June Doe. Her line is a dead end.

The difference in reduced human suffering and increased human happiness cannot be calculated. Somehow this calculation escapes the thinking of the lovers of Baal, who promulgate psych-ops such as SB8.

Ten thousand dollars is in miniscule sum, compared to the exquisite kindness Braid has shown to Stilley thus far. Braid doesn't brag or advertise his good deeds. He just provides professional services, even when the prophets of Baal heap unjust condemnation upon him.

Why pray tell should Stilley care about this $10,000? Because it represents *an idea*. Because it presents an opportunity to show the fine suits in Austin that other people might possibly play the psych-op game better than them.

Now back to the *Baby Hunting Game*. Anyone who knows about hunting knows that hunters want *trophies*. Hunting in America is not about cheap food.

Stilley will help increase the stock of *trophy* babies in Texas. How? By making friends with the very people shunned and hated by the backers of SB8. Stilley offers his support with this proviso. "Every baby born into this world should have two competent parents and the best set of genes reasonably possible under the circumstances." Stilley's help comes with a stated intention to motivate the recipient to strive for this outcome for their own offspring.

SB8 is an exercise of contradictions. Not one single licensed attorney wants to chase this money, even for the sheer sport of it. De Mino, the one true believer, won't enter appearance. Gomez entered, but he wants out, immediately if not sooner. Stilley just has a bemused look on his face. Who? What? Me? Why???!

The House of Baal can't wait to get more of this Texas Kool-Aid. You gotta love [the story in the Washington Post](#) about Jean Schmidt, who thinks that *forcing* a 13 year old to give birth to the offspring of her rapist is an *opportunity*. I am not making this up. They've got this gal on video.

Thirteen year old Ohio girls already have the **option** of bearing children for their rapists. They just don't yet have a gun to their head, taking away their **choice**. Schmidt wants to fix that defect in Ohio law, SB8 style.

Stilley has four children. Sami Stilley was one of two [Celebrate Senior](#) winners. She was also a starter on the Greenwood High School girl's volleyball team. They won the [state championship](#) for 2020. Sami really wanted Dad to watch her play, at least for one game.

Sami didn't get her wish. Stilley came to home confinement before she graduated, but couldn't get permission to attend, not even once. Now that wish is

impossible of fulfillment. Sami graduated, and has the good sense to carry on with her life, as opposed to devote a massive amount of resources to sports at a higher level.

Daughter Gayla Stilley earned a [perfect score](#) of 36 on the ACT. Dad wasn't there to support her or congratulate her. Dad was in prison. At first he was in "day trip" driving range. Stilley tried to help other inmates avail themselves of 1st Amendment peaceful petition and due process. For this he was repeatedly transferred, always to prisons out of "day trip" range. Their mother, having been reduced to *de facto* single parenthood, was rarely able to afford this cost.

Adopted children [Roman Stilley](#) and [Zhenya Stilley Samoshkin](#) have for the second time in their lives been rendered *de facto* fatherless. Of course they want an *honest decision*, a decision based on *the true facts*. Thus far they haven't gotten it. They'd like to think that now is as good a time as any for that dynamic to change.

"A lying tongue hates those who are afflicted by it..." Proverbs 26:28, *Modern English Version*. What Stilley did to earn the wrath of officialdom isn't hard to discern. He made his stand in support of due process, peaceful petition, right to indictment, right to counsel, etc. But what did these children do to deserve to be rendered *de facto* fatherless, **on the basis of falsehoods**?

Sometimes it helps to put a human face on the suffering caused by acts of [pretended legislation](#). (See Grievance 13.) SB8 is not a victimless crime.

Those who would like to trust the Jean Schmidts of this world need to keep these facts in mind. Stilley showed beyond a shadow of a doubt that he was not guilty, and that neither his prosecutor nor the trial judge thought he was guilty.

Their solution was not adhering to the truth. Their solution was stomping out Stilley's ability to litigate.

Likewise, anyone fool enough to believe these packs of liars and frauds, infecting statehouses across the United States, is setting themselves up to be mercilessly crushed. Once they have you stomped down, your life means nothing to them.

For all these reasons, Stilley proposes this solution for the $10,000. Let Braid have his declaratory judgment setting forth truths well known by virtually everyone. SB8 is constitutional garbage save for Stilley's tiny sliver, which really would make a great question for a law school exam. Braid's win, in the main, is baked in the cake.

Tell the clerk of the Illinois Northern District to send the $10,000 to TEAFund – if Stilley would otherwise have entitlement to it.

Tell Braid to consult with a good accountant and tax lawyer. Arrange his affairs to reasonably protect his assets. Then go straight back to doing the good work he's been doing for so many years. Dare his enemies to do anything about it. Let his enemies know that an attack on him will only put money in the pockets of those that they hate.

That's how you turn a psych-op back on the perpetrators.

Stilley heard a song in 1980 that he can't find. He knows the words and the tune, but not the artist. If anyone knows the artist or the name of the song, please do tell. Here goes with the lyrics:

You need someone to be your friend,

> Stick by you through thick or thin,
> What's in it for me?
> What's in it for me?

Stilley's adversaries cheated him out of the one direct appeal to which he was entitled by law. They did this because they knew he was innocent, and could only be kept in prison by lawless means. Stilley wants to recover what he lost, which is to say his right to one direct appeal. That is properly done by motion, which Stilley will soon file. Stilley is currently awaiting the 10th Circuit's decision on a request for a certificate of appealability.

Stilley's adversaries cheated him out of the joy of raising his own children. Those years are gone. That loss is permanent. Stilley can only go forward.

Stilley can't recover the years the locusts stole, but he can find people "willing to win." Stilley wants to *change the narrative*. Forget about what anti-abortion zealots **say**. Look at what they **do**. They lionize and idolize **the best**. That's what they really want.

Stilley wants to get back **what he lost**, (as nearly as possible) by helping others be their best, in their procreative efforts. Stilley does have an interest in the $10,000, but not by crass covetousness. Stilley is well capable of earning an honest living. If for some strange reason he gets the money, he wants the clerk to send it straight to TEAFund, bypassing Stilley altogether. If further assurances or documentation is necessary, Stilley will provide it.

WHEREFORE, Stilley respectfully joins in Gomez' motion, [Dkt. 98] insofar as it seeks to dismiss Gomez from this case, posthaste; joins Gomez' request to cause

Stilley to be awarded $10,000 posted with the clerk; requests that any funds to which Stilley would otherwise be entitled be sent directly to TEAFund; and requests such other, lesser, or further relief as may be appropriate whether or not specifically requested.

Respectfully submitted.

By: /s/ Oscar Stilley                              May 2, 2022
Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 cell phone
479.401.2615 fax
oscarstilley@gmail.com

## CERTIFICATE OF SERVICE

Oscar Stilley by his signature above certifies that on the date stated above he filed and served this pleading via CM/ECF, and that all parties entitled to service will be served electronically. Stilley also will serve Wolfgang P. Hirczy de Mino, Ph.D., with a filemarked copy via email at wphdmphd@gmail.com, promptly upon receiving the filemarked version of the document.