# United States District Court
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| ALAN BRAID, Plaintiff<br><br>v<br><br>OSCAR STILLEY, FELIPE GOMEZ, et al.<br>Defendants | Case # 21cv5283<br><br>Hon. Judge Jorge L Alonso |

FILED 5/4/2022 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT CM

## GOMEZ FRCP 55(b)(2) MOTION TO DEFAULT AND ENTER MANDATORY FRCP 55(b)(2) DEFAULT JUDGEMENT AGAINST DEMINO AND DISMISS APPEARING DEFENDANTS WITH PREJUDICE

**NOW COMES "INTERPLEADER" DEFENDANT GOMEZ. PER FRCP 55(b)(2),** and Defendant DeMino having failed to appear or plead as a matter of record, which Gomez asks the Court to take judicial notice of, **REQUESTS AND HEREBY MOVE**S that this Court enforce FRCP 55, which is not discretionary, and states *inter alia* "the court must enter the party's default", and FRCP 55(b)(2) specifically stating "a 'party' must apply to the court for a default judgment" without limiting such application to a "plaintiff" as in the prior paragraph FRCP 55(b)(1), and where Plaintiff here seeks entry of summary judgement and award of fees and costs, and party Gomez thus MOVES that the Court:

A.  Order entry of FRCP 55(b)(2) Default by the Clerk, including granting the motion for summary judgement as to Demino, only, including an award of all fees and costs as approved by the Court;

B.  DISMISS GOMEZ, with prejudice, no costs or fees to Plaintiff.

Relief Respectfully Requested By: ___*s/Felipe Gomez, Pro Se*___
Date: 5.4.22                                                    Felipe Gomez

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

Undersigned Felipe Gomez, Pro Se, hereby certifies that he personally filed the foregoing FRCP 55 Motion to Default and Dismiss, as well as this Certificate by way of the U.S. District Court for the Northen Illinois CM/ECF e-filing system, and that a full e-copy is e-mailed to the other parties of record by way of the CM/ECF system, on this date.

CERTIFIED BY: *Felipe Gomez, Pro Se*  Dated: 5.4.22

Felipe Gomez
PO Box 7139
Villa Park, IL 6181
312.509.2071
fgomez9592@gmail.com

1