IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALAN BRAID, M.D., <br><br> Interpleader Plaintiff, <br><br> v. <br><br> OSCAR STILLEY; FELIPE N. GOMEZ; WOLFGANG P. HIRCZY DE MINO, PH.D., AKA TEXAS HEARTBEAT PROJECT, <br><br> Interpleader Defendants. | Case No: 1:21-cv-05283 |

**DECLARATION OF RICHARD W. HESS IN SUPPORT DR. ALAN BRAID'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION RE GOMEZ'S NEWLY FILED STATE COURT S.B. 8 LAWSUIT**

I, Richard W. Hess, make this declaration pursuant to 28 U.S.C. § 1746.

1. I am an attorney at Susman Godfrey L.L.P. and counsel of record to Interpleader Plaintiff Dr. Alan Braid, M.D. in this action. If called as a witness, I could and would testify competently to the matters stated below.

2. Attached as Exhibit A is a true and correct copy of the pertinent portions of an email string dated October 10–11, 2021. Exhibit A contains a red box and highlighted text that have been added for the Court's convenience.

3. Attached as Exhibit B is a true and correct copy of an email dated May 5, 2022, redacting a purported email and home address.

4. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2022, at Houston, Texas

/s/ *Richard W. Hess*
Richard W. Hess

# EXHIBIT A

**Rick Hess**

| | |
|---|---|
| **From:** | F Gomez <fgomez9592@gmail.com> |
| **Sent:** | Monday, October 11, 2021 4:19 PM |
| **To:** | Suyash Agrawal |
| **Cc:** | Anne Swift; Oscar Stilley; Rick Hess; Wolfgang P. Hirczy de Mino, Ph.D.; Newman, Lisa N. (CIV); Will Thompson |
| **Subject:** | Re: 21cv5283: Last Chance to Agree to Stay, With Me |

<mark>EXTERNAL Email</mark>

I apologize I didn't realize that the email had been written to me by attorney Hess. However my request that Dr braid not contact me until he files an appearance in Texas applies to both of you, until I received a file stamped appearance with one of your names on it.

Again please stop emailing me whatsoever and attempting to direct who I will contact or how to litigate my cases. And again I do not intend to allow you to respond to me on this email.

Do not email me, even if it's something good like you decided to dismiss this bogus case.

Simply file it, or filing appearance in the state case and then I'll talk to Dr braids Representatives until then I reserve my right to contact him directly I'm not about to take his orders to go through his attorneys when he hasn't filed an appearance in the state case and that would be across the board regardless of who it is and you both know better.

I'm not talk to you later thanks.


Thank you.


On Mon, Oct 11, 2021, 4:01 PM F Gomez <fgomez9592@gmail.com> wrote:
> Sir: I have no appearance from you in 21 CI 19920, and you disavowed authority to speak for him as to that case. So, I will ignore your request, just as Dr. Braid and you ignored my request to appear in state court.
>
> Relatedly, I am emailing the attached to the Court for filing tomorrow, and as you can see there is no reason from me to speak to you in relation to this matter, either, as your complaint pleads me out of court, and there is no jurisdiction over myself.
>
> Given that you will not likely be able to participate in the Texas matter, I bid you adieu as far as emailing, ask you direct whatever it is you seek to the Court, and ask that you not contact me directly, again, for any reason whatsoever, until an appearance is filed in Gomez v Braid with your name on it.
>
> Do not reply to this email please, rather, direct any opinion or other sayings to the court by way of filing and I will respond same manner until I am dismissed.
>
> Thank you.
>
> On Mon, Oct 11, 2021 at 2:27 PM Rick Hess <rhess@susmangodfrey.com> wrote:

1

Mr. Gomez – you should not contact Dr. Braid directly. He is a represented party, and you can direct any communications through me.

Thanks,

Rick

---

**From:** F Gomez <fgomez9592@gmail.com>
**Sent:** Sunday, October 10, 2021 12:16 PM
**To:** Suyash Agrawal <sagrawal@masseygail.com>
**Cc:** Rick Hess <rhess@SusmanGodfrey.com>; Oscar Stilley <oscarstilley@gmail.com>
**Subject:** Re: 21cv5283: Last Chance to Agree to Stay, With Me

EXTERNAL Email

Thank you. I will report that in my motion to dismiss. I'm also going to attempt to contact your client directly regarding the state suit since you're not authorized and you're not speaking to it.

I'm not waiting until Tuesday for anything.

I regret that you're taking the position and doing what you're doing in the manner that you are, and I'm now forced to address issues that don't have anything to do with Dr Braid but directly reflect upon your representation of him in this matter.

All settlement negotiations of any sort are off and I will just take the necessary steps to exit here and leave you all to do what you may do here if in fact you can maintain this action once you lose me as the reason that you brought it here.

I have nothing to say to anybody at this point in relation to my attempts to reach some kind of resolution, everybody can respond to my filings by their own filings, and vice versa.

# EXHIBIT B

**Rick Hess**

| | |
|---|---|
| **From:** | F Gomez <fgomez9592@gmail.com> |
| **Sent:** | Thursday, May 5, 2022 8:48 AM |
| **To:** | abraid@ Rick Hess |
| **Subject:** | Gomez v Braid 22CI008302 Bexar County Tx: Initial Outreach and Request for Confirmation of Address for Service |
| **Attachments:** | fg.v.braid.real.sb8.suit.pdf |

==EXTERNAL Email==

Dear Dr. and Counsel: Due to the fact that you are deadset on trying to obtain a judgement against myself, and not wanting that where I was on your side and where I have never had a judgement against me in my life, I have elected to respond in kind, and will seek a judgment against Dr. Braid as he is as to myself.

I have repeatedly asked, implored and demanded to be dismissed, and it is likely His Honor Alonso may have done that had Counsel not objected to my oral motion as well as those on file. Had I been dismissed, I would not be emailing here and would not have sued, and this lawsuit is directly tied to the insistence of counsel of taking me to judgment.

FYI, as part of my retirement, and due to my prosecutorial background, I intend to pursue actions under statutes allowing a citizen to sue and to recover awards, such as FOIA laws (which afford a civil penalty to a private citizen, and I was a FOIA Officer for years at USEPA ORC R5), and RICO, which also allows a private citizen to recover.

Here, SB8 allows the same recovery, and I am not concerned with why or how the law is on the books, as long as the law is valid, which SB8 will be very soon. Consequently, this has more to do with supplementing my income, not any moral issues, which I tried that route only to be treated as if I were RTL, which I am not (Pro Choice obviously).

In any event, I intend to serve Braid at this address:

 Rd
San Antonio, TX 7

You will note I did not put Braid's home address in the complaint, although that is standard, in part so as not to be blamed in the event radical RTL decided to use violence as a means to an end.

However, given that the request form will be public info, I ask if the Doctor will waive formal service, and simply accept summons and complaint by email.

You have about an hour before I file the request, I am not delaying any longer.

Relatedly, I am willing to discuss dismissing this action and myself from 21cv5283 for a short time, but am inclined to go ahead and cut my retirement teeth using this brand new source of income.

I also remind my law status is RETIRED, and any ad hominems o rfalse assertions that I am suspended or disciplined will be dealt with harshly, accordingly.

Given I suspect your group was involved in the leak, and that is RICO territory, and I do RICO, I suggest that the two of you make the correct decisions and agree to a mutual dismissal, no money asked, no fees or judgments had..

1

Again, I am requesting service at that address in about an hour...

Gomez.

312.509.2071.