**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| ALAN BRAID, M.D., | |
| Interpleader Plaintiff, | Case No: 1:21-cv-05283 |
| v. | Hon. Jorge L. Alonso |
| OSCAR STILLEY; FELIPE N. GOMEZ; WOLFGANG P. HIRCZY DE MINO, PH.D., AKA TEXAS HEARTBEAT PROJECT, | |
| Interpleader Defendants. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 8, 2022, at 9:30 am CT or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Jorge L. Alonso or any judge sitting in his or her stead in Courtroom 1903 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present *Dr Braid's Motion for Temporary Restraining Order and Preliminary Injunction re Gomez's Newly Filed State Court S.B. 8 Lawsuit.* According to Judge Alonso's standing order, "[n]oticed motions will initially appear on the calendar as in-person hearings, but will be changed to phone conferences by subsequent minute order."

Dated: June 3, 2022

1

By: /s/ Suyash Agrawal

Suyash Agrawal
Alethea Anne Swift
MASSEY & GAIL LLP
50 E. Washington Street
Suite 400
Chicago, Illinois 60602
(312) 283-1590
sagrawal@masseygail.com
aswift@masseygail.com

Marc Hearron*
CENTER FOR
REPRODUCTIVE RIGHTS
1634 Eye St., NW
Suite 600
Washington, DC 20006
(202) 524-5539
mhearron@reprorights.org

Molly Duane*
CENTER FOR
REPRODUCTIVE RIGHTS
199 Water Street
22nd Floor
New York, NY 10038
(917) 637-3631
mduane@reprorights.org

Neal S. Manne**
Mary Kathryn Sammons**
Abigail C. Noebels*
Katherine Peaslee*
Richard W. Hess*
SUSMAN GODFREY L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002
(713) 653-7827
nmanne@susmangodfrey.com
ksammons@susmangodfrey.com
anoebels@susmangodfrey.com
kpeaslee@susmangodfrey.com
rhess@susmangodfrey.com

Shannon Rose Selden*
Meredith E. Stewart*
Ebony Ray*
DEBEVOISE & PLIMPTON
LLP
919 Third Ave.
New York, NY 10022
(212) 909-6000
srselden@debevoise.com
mestewart@debevoise.com
eray@debevoise.com

*Counsel for Interpleader Plaintiff Alan Braid, M.D.*

*Appearing *pro hac vice*
** *Pro hac vice* forthcoming

## **CERTIFICATE OF SERVICE**

I certify that on June 3, 2022, a true and correct copy of this document was properly served on parties or counsel of record via electronic filing in accordance with the USDC, Northern District of Illinois Procedures for Electronic Filing.

*/s/  Suyash Agrawal*