## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Alan Braid
                        Plaintiff,

v.                                            Case No.: 1:21−cv−05283
                                                Honorable Jorge L. Alonso

Oscar Stilley, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 22, 2022:

       MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. Counsel for Plaintiff and Defendant Stilley appeared by phone. Defendant Gomez did not appear. Plaintiff's motion for an order to show cause and for sanctions is taken under advisement. The Court issues an order to show cause against Defendant Gomez why he should not be held in indirect civil contempt for violation this Court's prior injunction order. Defendant Gomez is granted until July 1, 2022 to file a response to the order to show cause and Plaintiff's motion for an order to show cause and for sanctions. The Court sets this matter for an in−person contempt hearing on August 4, 2022 at 2:00 PM. Defendant Gomez is directed to appear in person. The Court's prior injunction order [117] remains in effect. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.