# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 23, 2022

Before

**MICHAEL Y. SCUDDER**, *Circuit Judge*
**THOMAS L. KIRSCH II**, *Circuit Judge*
**CANDACE JACKSON-AKIWUMI**, *Circuit Judge*

| | |
|---|---|
| No. 22-2025 | ALAN BRAID, M.D., Plaintiff - Appellee<br><br>v.<br><br>FELIPE N. GOMEZ, Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:21-cv-05283<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso ||

The following are before the court:

1. **APPELLANT'S FRCP 62(g)(1) AND (2) MOTION/MOTION IN EQUITY FOR STAY OF 21CV5283 (NDILL) AND OF USCA7 #22-2025 PENDING SCOTUS DECISION ON ROE V. WADE/DOBBS V. JACKSON**, filed on June 13, 2022, by pro se appellant.

2. **DR. BRAID'S OPPOSITION TO GOMEZ'S MOTION TO STAY (DKT.2)**, filed on June 23, 2022, by counsel for appellee.

To the extent that Felipe Gomez asks to stay the district court's preliminary injunction order or to stay proceedings in the district court, **IT IS ORDERED** that the motion is **DENIED**.

To the extent that Gomez seeks to stay proceedings in this court, **IT IS FURTHER ORDERED** that the motion is **GRANTED** only to the extent that Gomez shall either pay the $505.00 appellate fees or file a motion for leave to proceed on appeal in forma pauperis in the district

No. 22-2025 Page 2

court within 14 days after the Supreme Court's resolution of *Dobbs v. Jackson Women's Health Organization*, No. 19-1392.

form name: **c7_Order_3J**    (form ID: **177**)