# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEFING ORDER

July 13, 2022

*By the Court:*

| No. 22-2025 | ALAN BRAID, M.D.,<br>　　　　Plaintiff - Appellee<br><br>v.<br><br>FELIPE N. GOMEZ,<br>　　　　Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-05283<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso ||

This court has received notice from the district court that the appellant paid the required docketing fee. Accordingly,

**IT IS ORDERED** that briefing will now proceed as follows:

1. The Appellant's brief of Felipe N. Gomez will be due by August 12, 2022.
2. The Appellee's brief of Alan Braid will be due by September 12, 2022.
3. The Appellant's reply brief of Felipe N. Gomez, if any, will be due by October 3, 2022.


Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_DC_paymnt_br_order**    (form ID: **191**)