

**FILED** E.C

7/20/2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ALAN BRAID, M.D.,**<br> *Plaintiff-in-Interpleader and Purported Stakeholder as to $10,000 ("res") deposited into the registry of the court,*<br>**v.**<br><br>**OSCAR STILLEY; FELIPE N. GOMEZ; WOLFGANG P. HIRCZY DE MINO, PhD [TEXAS HEARTBEAT PROJECT],**<br> *Named Defendants/Claimants-in-Interpleader and Plaintiffs in Texas State Courts.*<br>-------------------------------------------------------<br>**OSCAR STILLEY,**<br> *Counter-Claimant against Alan Braid, MD*<br>**v.**<br><br>**ALAN BRAID, M.D.,**<br> *Counter-Defendant as to Oscar Stilley.* | Civil Action **No. 1:21-cv-5283**<br><br><br><br><br><br>Judge: **Jorge Luis Alonso**<br>Case type: **Federal Statutory Interpleader**<br>Claim legal basis:<br>**28 U.S.C. §1335, 28 U.S.C. §2201 (DJA)**<br>Juris type: **$500+ AIC Diversity Jurisdiction**<br>Applicable state law: **Texas**<br>Forum law: **Illinois** |

# Advisory on Death Threats Directed at Texas Defendant WPHDM

Comes now the undersigned Texas Defendant, Wolfgang P. Hirczy de Mino, PhD, ("WPHDM"), and advises the Court as follows:

Co-Defendant Felipe N. Gomez has objected to WPHDM's certificate of service, wherein WPHDM discloses his reason for not providing his cell phone number, which would otherwise be furnished as a matter of course in litigation irrespective of whether there is legal obligation to do so under the rules.

### A. Is WPHDM Already Under Surveillance or on the Hitlist?

1

According to Felipe Gomez, the operational arm of a foreign security service already possesses his cell phone number and must be presumed to be tracking him because WPHDM is a "fascist". Gomez also claims that he already knows the withheld number. That is his reason for having the Court compel WPHDM to provide his phone number. Put simply: That cat is in the sack. Escape foreclosed.

### B. Gomez Has Mapped Decades of WPHDM's Relationships & Social Network

Gomez has previously taken it upon himself to compile an "oppo-report" of egregiously poor quality, which he dubbed **Wolfy.background.info** [pdf]. It contains numerous phone numbers and addresses allegedly associated with the subject of his unseemly obsession covering the past four decards, most of them in (or near) Harris County. The dossier includes WPHDM's ex-wife whom he divorced three decades ago and her subsequent husband, who has been deceased for many years, and *her* and/or *her current husband's* presumptive family members or otherwise associated persons. WPHDM is reluctant to provide further detail to avoid validating the portions of the dragnet data dump that are accurate because Gomez has also "promised" that he will start "interviewing" the people on the list, i.e. WPHDM's presumptive family members, associates, and those who may not (or no longer) like him, so as to uncover dirt and expose it to the media and the world at large. Gomez prides himself on having distributed the oppo-report to various media (incl. The New York Times and San Antonio Express News) and purportedly interested organizations that have an axe to grind.

Gomez has previously commented approvingly of the methods of the operational arm of the security apparatus of a foreign state (i.e., carrying out hits) and has indicated that he is supplying or willing to supply information to those agencies, which he identified by name. See attached Gomez emails sent from the same email account from which he submits filings to the Temporary efiling address provided by the clerk serving the Northern District of Illiniois to pro-se litigants and ex-attorneys  who

2

are not automatically eligible to be on the court's efiling system (unlike the situation in Texas).

WPHDM would respectfully submit that denunciations of other parties in legal disputes to foreign spy and state security agencies and assassination threats are not a proper methods to bolster legal positions or procure a change of the litigation behavior or position of an opponent, and that Felipe Gomez needs to be stopped from engaging in this reprehensible behavior if he is either unwilling or unable to restrain himself voluntarily. Gomez should be encouraged through the appropriate tools to comport himself in a manner consistent with ordinary rules of decency, not to mention standards of conduct prevailing the courts.

### EXCERPT FROM A GOMEZ MISSIVE SHORT OF IMPLIED DEATH THREATS

You are the fascist, not Dr braid and his attorneys who are simply misguided way too high and weren't paying attention in law school just like a lot of these Obama judges.

You are quite mistaken to try to encourage others to try to defend your indefensible self when it comes to being called the fascist and the male chauvinist pig that you brag about being and are proud of being.

I'm a Jew by Blood, you're a fascist and I'm saying it to your face not theirs so be a man except what it is you are instead of trying to pretend you are some kind of a saint when you ain't.

You're a poor excuse for a man, and you don't deserve the liberties that you try to decide to deny others. I'm going to make your life legally miserable for the next decade at least.

### CONCLUSION AND PRAYER

Felipe Nery Gomez continues to engage in outrageous behavior to bully opponents in litigation and to carry out a vendetta against WPHDM specifically through threats and intimidation that include *corrupted-blood* rhetoric (ascribed genetic ancestry that Gomez apparently despises) and invocation of the specter of assassination based on such ascribed ancestry or affiliation, correct or otherwise.

This is not normal behavior. Felipe N. Gomez should be referred to a mental

health evaluation and have a red flag attached to this name, address, and Illiniois Divers License records in the relevant public safety agencies.

Date: July 20, 2022

Respectfully submitted,

/s/ *Wolfgang P. Hirczy de Miño*

_____

Wolfgang P. Hirczy de Mino, Ph.D.
P.O. Box 521
Bellaire, Texas 77402-0521
Email: wphdmphd@gmail.com

CC:

rhess@susmangodfrey.com, anoebels@susmangodfrey.com, sagrawal@masseygail.com, aswift@masseygail.com, mhearron@reprorights.org, eray@debevoise.com, srselden@debevoise.com, kpeaslee@susmangodfrey.com, fgomez9592@gmail.com, oscarstilley@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is serving _8 of 12_ attorneys of record for Plaintiff Alan Braid, M.D., through their respective email addresses, using an email account different from the one publicly disclosed in the signature block above.

ATTORNEYS FOR PLAINTIFF, ALAN BRAID, MD [8 of 12]:

- Richard W. Hess at rhess@susmangodfrey.com (Houston)

- Abigail C. Noebels at anoebels@susmangodfrey.com (Houston)

- Suyash Agraval at sagrawal@masseygail.com (Chicago)

- Alethea Anne Swift at aswift@masseygail.com (Washington, DC)

- Marc Andrew Hearron at mhearron@reprorights.org (Washington DC)

- Ebony Ray at eray@debevoise.com (New York)

- Shannon R. Selden at srselden@debevoise.com (New York)

- Katherine Peaslee at kpeaslee@susmangodfrey.com (Seattle)

PRO-SE CO-DEFENDANTS:

- Felipe N. Gomez at fgomez9592@gmail.com (Chicago)

- Oscar A. Stilley at oscarstilley@gmail.com (Cedarville, Arkansas)

The undersigned cannot safely disclose his cell phone number because Felipe Gomez considers him a fascist and has promised to provide it, along with other personal details, to Mossad and Shin Bet for surveillance and possible assassination (at their discretion). Several of Dr. Braid's attorneys who were in on the email exchange/chain apparently think that's okay. I don't.

/s/ *Wolfgang P. Hirczy de Miño*

_____

Wolfgang P. Hirczy de Mino, Ph.D.

**APPENDIX:**

**Item A:** E-mail Exchange wherein Felipe Gomez re-invokes Mossad and Shin Bet against WPHDM

From: **F Gomez** <fgomez9592@gmail.com>
Date: Thu, Jul 14, 2022, 14:00
Subject: Re: online harassment, threats, and those who stand by and do nothing
To: Wolfgang P. Hirczy de Mino, Ph.D. <wphdmphd@gmail.com>
Cc: Suyash Agrawal <sagrawal@masseygail.com>, Rick Hess <rhess@susmangodfrey.com>, Ms. Abigail Noebels (anoebels@susmangodfrey.com)
<anoebels@susmangodfrey.com>, Marc Hearron <mhearron@reprorights.org>, Anne Swift <aswift@masseygail.com>, Oscar Stilley <oscarstilley@gmail.com>, Katy Peaslee
<kpeaslee@susmangodfrey.com>

I didn't threaten to have them come after you, and you're being ridiculous I'm not in charge of what they do. They hunt down fascists and you're a fascist last time I checked bro.

My having them run your name and complaining about you has nothing to do with terrorism by myself, and you are a real schmuck to suggest that my complaining to my ancestors about somebody like you is terroristic.

It is your attempt to control a woman's womb that is terrestic and fascist and therefore you qualify for being on lists such as those made as to fascists who are dangerous to other human beings.

You are the one that made ethnic references based upon people's last names, when I was reacting to your fascist bragging about your desire to be able to impregnate women and force them to carry your babies to turn because you're too much of a wuss and a pussy to be a father and instead just want to service your carnal desires which is quite evident from your writings regardless of how you try to couch them.

You are the fascist, not Dr braid and his attorneys who are simply misguided way too high and weren't paying attention in law school just like a lot of these Obama judges.

You are quite mistaken to try to encourage others to try to defend your indefensible self when it comes to being called the fascist and the male chauvinist pig that you brag about being and are proud of being.

**Item B: Gomez Re-distribution of Oppo Dossier "wolfybackground.info.pdf"**

5



## Item C: Gomez email invoking Mossad and Shin Bet & Their "Lists"

