# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

September 6, 2022

*By the Court*:

| | |
|---|---|
| No. 22-2119 | ALAN BRAID, M.D., Plaintiff - Appellee<br>v.<br>FELIPE N. GOMEZ, Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-05283<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso | |

Upon consideration of the **APPELLANT'S NOTICE AND MOTION FOR VOLUNTARY FRAP 42 DISMISSAL OF USCA7 #22-2119 DUE TO MOOTNESS OF [131] PER 8.3.22 TRIAL COURT ORDER,** filed on September 4, 2022, by the pro se appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate** (form ID: **137**)

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit