# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALAN BRAID, | ) |
| | ) |
| Plaintiff, | ) Case No. 21-cv-5283 |
| | ) |
| v. | ) Hon. Jorge L. Alonso |
| | ) |
| OSCAR STILLEY, | ) |
| FELIPE NERY GOMEZ, and | ) |
| WOLFGANG P. HIRCZY DE MINO, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff's motion [193] to amend judgment is denied without prejudice, pursuant to Rule 60(a).

## STATEMENT

On October 26, 2022, the Seventh Circuit Court of Appeals issued an order in which it suggested this Court's September 16, 2022, judgment might not be final, because this Court did not explicitly mention Stilley's counterclaim. The Seventh Circuit gave the parties until November 8, 2022, to file a brief explaining why the appeal should not be dismissed.

On November 7, 2022, plaintiff Braid filed a motion to alter or amend the judgment to clarify that the judgment is final. This Court agrees that the judgment was intended to be final. This Court intended to dismiss the entire case, including Stilley's counterclaim, which was a claim seeking a declaration of his rights under S.B. 8. This Court declined to consider his rights (or the other claimants' rights) under that statute.

In order to clarify that the judgment was intended to be final, this Court is willing to amend its judgment to state, "The Court exercises its discretion to decline to exercise jurisdiction over this case (including Stilley's counterclaim), which case is dismissed without prejudice." Unfortunately, because an appeal has been docketed, this Court is not at liberty to amend the judgment without leave of the Court of Appeals. Fed.R.Civ.P. 60(a) ("The court may correct . . . a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. . . . But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave.").

Accordingly, the motion to amend is denied without prejudice.

SO ORDERED.                                              ENTERED: November 7, 2022

                                                              **HON. JORGE ALONSO**
                                                              **United States District Judge**