# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

September 9, 2024

*By the Court*:

| | |
|---|---|
| No. 22-2815 | |
| ALAN BRAID, | Appeal from the United States District Court for |
| Plaintiff - Appellant, | the Northern District of Illinois. Eastern Division. |
| v | |
| OSCAR A. STILLEY, et al., | No. 1:21-cv-05283 |
| Defendants - Appellees. | Jorge L. Alonso, *Judge.* |

Pursuant to this court's order of August 22, 2024, **IT IS ORDERED** that Brian James Paul of FAEGRE, DRINKER, BIDDLE & REATH, LLP, 300 N. Meridian Street, Indianapolis, IN 46204, is appointed to serve as *amicus curiae* to defend the decision of the district court as set out in the court's order of August 22, 2024.

Briefing shall proceed as follows:

1. The amicus curiae shall file its brief on or before November 8, 2024.

2. The reply brief of the appellant, if any, is due by November 29, 2024.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).